UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC 31  P 1: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| BAY STATE SAVINGS BANK, Plaintiff | |
| V. | CIVIL ACTION NO. 4:03-CV-40273-NMG |
| BAYSTATE FINANCIAL SERVICES, LLC Defendant | |

### AFFIDAVIT OF SERVICE

James C. Donnelly, Jr. on oath deposes and says:

1. By letter of December 24, 2003, Christopher P. Litterio, Esq. of Ruberto, Israel & Weiner, P.C., 100 North Washington Street, Boston, MA 02114 has accepted service of the Complaint on behalf of Baystate Financial Services, LLC. A copy of that letter is attached as Exhibit A.

2. At Mr. Litterio's request, Bay State Savings Bank has agreed that the defendant may have until January 23, 2004 to file a responsive pleading.

SIGNED UNDER PAINS AND PENALTIES OF PERJURY.

James C. Donnelly, Jr., Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:   (508) 791-8502

Dated: Dec. 29, 2003

{H:\PA\Lit\16311\00003\A0680385.DOC}

## CERTIFICATE OF SERVICE

    I, James C. Donnelly, Jr., hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Christopher P. Litterio, Ruberto, Israel & Weiner, P.C., 100 North Washington Street, Boston, MA 02114.

                                                                                                          _____
                                                                                                          James C. Donnelly, Jr., Esq.

Dated: Dec. 29, 2003



**RUBERTO, ISRAEL & WEINER, P.C.**

ATTORNEYS AT LAW

100 North Washington Street
Boston, Massachusetts 02114
Telephone  617.742.4200
Facsimile   617.742.2355
www.riw.com

Christopher P. Litterio
Ext.: 228
cpl@riw.com

December 24, 2003

James Donnelly, Esquire
Mirick O'Connell DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477

RE:  **Baystate Savings Bank v. Baystate Financial Services, LLP**

Dear Jim:

This will confirm that I have accepted service of the Complaint on behalf of Defendant, Baystate Financial Services, LLC.  I request that we agree to January 23, 2004 as the date for Defendant to file a responsive pleading.  Please let me know if this is acceptable.

Very truly yours,

Christopher P. Litterio

CPL:pm
cc:   David Porter, President
      Lou Katz, Esquire
      Brian French, Esquire