UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

BAY STATE SAVINGS BANK,

Plaintiff

V.

BAYSTATE FINANCIAL SERVICES, LLC,
Defendant

CIVIL ACTION NO. 4:03-CV-40273-NMG

## MOTION OF PLAINTIFF BAY STATE SAVINGS BANK FOR PRELIMINARY INJUNCTION

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, plaintiff Bay State Savings Bank® ("Bay State®") moves this Court for a preliminary injunction ordering defendant Baystate Financial Services, LLC ("Baystate Financial") and its respective officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of the injunction, to refrain from using, authorizing or employing the name or mark "Bay State®" or any colorable imitation of Bay State®'s names and the mark "Bay State®" in the delivery of financial services, including without limitation the use of the name "Baystate Financial Services, LLC".

In support of its Amended Motion, Bay State® relies on the Memorandum of Law, Affidavit of Robert J. Lewis, Affidavit of Gerry Blodgett, Esq., Affidavit of R. Kelly Myers, and the Appendix of Exhibits filed herewith.

{H:\PA\Lit\16311\00003\A0697448.DOC}

In light of the high probability of success on the merits and the substantial threat of irreparable injury, as demonstrated by the supporting memoranda, affidavits and exhibits, Bay State® requests that only a nominal bond be required.

BAY STATE SAVINGS BANK

By its attorneys,

*/s/ James C. Donnelly, Jr.*
James C. Donnelly, Jr., Esq. BBO #129700
Ann Marie Dirsa, Esq. BBO #650173
Mirick, O'Connell, DeMallie &
 Lougee, LLP
100 Front Street
Worcester, MA  01608-1477
(508) 791-8500

Dated:  March 26, 2004

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Bay State requests that the Court allow oral argument on this motion and states its belief that 60 minutes will be sufficient for both parties to address the issues raised in Bay State's motion.

### RULE 7.1 (A)(2) CERTIFICATE

I, James C. Donnelly, Jr., hereby certify that I have conferred with counsel for the defendant and have attempted in good faith to resolve or narrow the issues which are the subject of this motion.

Dated:  March 26, 2004

*/s/ James C. Donnelly, Jr.*
James C. Donnelly, Jr., Esq.