UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAR 29  A 9: 33

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

BAY STATE SAVINGS BANK,
    Plaintiff

V.

BAYSTATE FINANCIAL SERVICES, LLC,
    Defendant

CIVIL ACTION NO. 4:03-CV-40273-NMG

---

## AFFIDAVIT OF ROBERT J. LEWIS

Robert J. Lewis on oath deposes and says:

1.     I am the president and CEO of Bay State Savings Bank ("Bay State"). This affidavit is submitted in support of Bay State's Motion for a Preliminary Injunction against Baystate Financial Services, LLC ("Baystate Financial").

2.     *Plaintiff has used the name Bay State Savings Bank® continuously since 1895 and is popularly known as Bay State®.* Bay State® was formed by special legislation entitled "An Act To Incorporate The Bay State Savings Bank" which is published as Ch. 107 of the Acts of 1895. Ex. 1.[1] It is a mutual corporation, meaning that ownership belongs to its depositors. This form of ownership emphasizes accountability to the community, rather than to remote stockholders whose interest is focused on investment returns and profitability.

3.     *Bay State® promotes consumer awareness by signage and trade dress at its headquarters and branch offices.* The headquarters is an attractive century-old building facing the Worcester City Common. Bay State® maintains six full service branch offices: four in

---

[1]   All exhibits are contained in a consolidated Appendix of Exhibits and referred to by number as "Ex. ___."

Worcester and one each in Auburn and Holden. It also maintains a loan center in Worcester and a branch at Auburn High School during the school year. The branches all have consistent architecture, color schemes, appearance and trade dress. All are attractively landscaped, and provide parking. The Bay State® mark is prominently displayed at each location. Ex. 2.

4.     *Bay State®'s primary geographic market consists of Worcester and the surrounding communities, but its customers live in approximately 431 different postal zip codes in Massachusetts, and in 29 other states.* It offers 24-hour telebanking and Internet banking services to improve access for customers who are not located near Worcester.

5.     *Bay State® provides a broad range of financial products and services.* At first, this consisted of savings accounts and home mortgages. St. 1907, C. 561 authorized savings banks to offer Savings Bank Life Insurance ("SBLI"). Bay State® has offered SBLI longer than any of the current employees can remember. Available records show sales of SBLI dating to at least 1962. Ex. 3. In addition to SBLI, the range of services has included savings bonds since at least 1961; mortgage and disability insurance beginning in 1971; IRA, SEP and Keogh retirement and educational accounts beginning in 1976; Investment Unit Accounts beginning in 1981; SBLI Life Saver Annuities beginning in 1988; and sales of stocks, bonds and mutual funds beginning in 1994.[2] The services that Bay State® has offered continuously since 1994 are as follows:

> a.     Thrift services with approximately 17 different kinds of savings and checking accounts, including IRA's, Roth and SEP retirement plans, Education IRA's and three kinds of Tax-Deferred Annuities, etc.;

---

[1]    All exhibits are contained in a consolidated Appendix of Exhibits and referred to by number as "Ex. ___."

[2]    Bay State's 1994 Annual Report states, in the Treasurer's Report section under the heading Alternative Investment Program: "In late 1994, the Bank contracted with FIS Company (FISCO), an independent broker/dealer to sell mutual funds and annuities in our branches. This program will provide customers with a wider array of financial products to choose from while providing fee income to the Bank."

b.    Consumer loan services with approximately 20 different loan programs including a broad variety of mortgages, construction loans, Title V septic loans, Affordable Housing Plan Mortgages, Equity and No-Equity lines of credit, auto loans, student loans, personal loans, Minuteman Plus Cash Reserve lines of credit, etc.;

c.    Commercial loan services including a broad variety of commercial checking accounts, Entrepreneur and Non-Profit accounts, commercial and industrial loans, commercial real estate loans, SBA loans, letters of credit, equipment loans, etc.;

d.    Insurance including SBLI, SBLI Annuities and mortgage life and disability insurance;

e.    Consumer services including Visa Check Cards, Travelers Cheques, U.S. Savings Bonds, Money Orders, Bank By Mail Service, Direct Deposit of payroll, Social Security checks, and other pension checks, Safe Deposit Boxes, etc.; and

f.    Investment services including purchases and sales of stocks, bonds and mutual funds, including services that Bay State® sponsored using the Minuteman Investment Services® mark from Jan. 2001 to Feb. 2002.

All such services were fully disclosed in Annual Reports, reviewed by state regulatory authorities and authorized by law. Ex. 4-A to 4-M.

6.    *From January 1999 to February 2002, Bay State marketed its investment services using the Minuteman Investment Services® mark, but the relationship between Bay State® and*

*Minuteman was similar to that between Ford and Taurus.* Minuteman Investment Services®

was exclusively sponsored by Bay State®; sold by personnel located in Bay State® offices; and

target marketed primarily to Bay State® customers and the public at large. The ad that originally

introduced Minuteman Investment Services® states:

> Now The People Who Take
> Banking Personally
> Take Investing Personally, Too

> No two investors are alike. That's why *Bay State Savings Bank
> introduces Minuteman Investment Services.* You will receive
> personal, one-on-one investment advice from investment executive
> Daniel Chase. He will meet with you on a regular basis to analyze
> your current financial situation and develop a written investment
> plan for the future. . . .
>
> ***
>
> Minuteman Investment Services Securities offered through Infinex
> Investment, Inc. *located at Bay State Savings Bank, 28 Franklin
> St., Worcester.* Ex. 5-A. (emphasis added).

Another ad featuring the Bay State mark states "Minuteman Investment Services, *a division of

Bay State Savings Bank*, will be holding an Investment Check-Up Workshop." Ex. 5-B. In many

such ads, the Bay State® mark is more prominent than Minuteman Investment Services®. In

February 2002, the bank informed Minuteman Investment Services® customers that the name

would change to Bay State Investment Services®. On May 1, 2002, the name change was

announced in ads in The Boston Globe and the Providence Journal. Ex. 5-C. (emphasis added).

7. *Bay State® has advertised and promoted itself in newspapers and trade journals

for 109 years.* Advertising expenditures have grown from $7,059 in 1960 (the first year in which

they are segregated) to as much as $415,000. Since at least 1995, this has included statewide

advertising in The Banker & Tradesman. The total from 1960 to 1997, when Baystate Financial

incorporated, is approximately $2.7 million.  Total to date including the 2004 budget exceeds

$5.2 million.  Current advertising and promotional activities include the following:

    a.    Extensive print advertising in publications of local, regional and statewide
circulation including the Worcester Telegram & Gazette, the Worcester
Business Journal, The Boston Globe, Worcester Magazine, the Banker &
Tradesman, The Landmark, the Catholic Free Press, the Auburn News, the
Senior Advocate, the Jewish Chronicle, the Catalog of Homes, Home
Source, etc.  Examples of advertising and promotional publications dating
from the 1920's are included in Ex. 6-A.

    b.    Product literature prominently displaying the Bay State® mark which is
distributed at all branches, and in connection with promotional events, etc.
Ex. 6-B.

    c.    Display ads in the yellow pages promoting Bay State® services and branch
locations.  Ex. 6-C.

    d.    Radio advertising at all of the high power radio stations including WTAG,
WXLO, WSRS and WSFX, whose listener areas include Boston,
Brookline, Dedham, Norwood and Westwood, in addition to Central
Massachusetts.  Ex. 6-D.

    e.    Direct mail advertising to customers and potential customers which
prominently displays the Bay State® mark.  Ex. 6-E.

    f.    Sponsorship of a book entitled "WORCESTER: A Portrait Of Central
Massachusetts" (1998) which includes a one-page history of Bay State®.

The article quotes then-president Patricia Naumnik as saying that Bay
State®: "remains firmly committed to offering a full package of financial
services that responds to the changing needs of our customers and is
delivered, using superior technology, by a professional staff. Our people -
our customers - are our future." Ex. 6-F.

8.    *In addition to paid advertising, Bay State has invested in community relations by
providing financial support for community organizations through a regular program of
charitable giving.* The giving program is usually described in the Annual Reports, and reported
in the news media. In 1997, when Baystate Financial was incorporated, Bay State donated a total
of $38,400 to 91 organizations. Ex. 4-H at p. 31. The amount reflected in the Annual Statement
for 2002 is $127,000. Ex. 4-M at pp. 4-5. The amount reflected in Annual Report for 2003,
which has just been released and has not been included in the Appendix of Exhibits, is $135,578.

9.    *Bay State® has been featured in many unsolicited news articles reporting matters
of public interest*, including the appointment of community leaders to serve in various leadership
positions, and the bank's support of community activities. For example, it has received
"outstanding" community reinvestment ratings from the FDIC and the Office of the
Commissioner of Banks for making loans that serve the local community. Ex. 7-A. It has
received the Silver Hammer award for its effort and financial commitment to revitalize and
restore a downtown building in the City of Worcester, namely, the Bay State Savings Bank
Building. Ex. 7-B. These are just two examples. A selection of newspaper articles dating back
as far as the 1920's, which chronicle Bay State®'s contributions to the community, are included
in Ex. 7-C.

10.    *Bay State® has increased in size, prominence, sales and customers.*  Assets have grown from $20,241 in 1895 to well over $245 million.  As of 1997, when Baystate Financial incorporated, loans and deposits were $90.5 million and $115.6 million, respectively.  Ex. 4-H.

11.    *The public commonly refers to the bank as "Bay State."*  This is evidenced by correspondence from third parties, including real estate brokers who are a leading source of referrals for mortgage loans, customers and, even U.S. Senator John Kerry.  Some specific examples include the following:

> a.    "Call Reports Of State-Chartered Savings Banks" which refer to the bank as "Bay State."  Ex. 8-A.

> b.    A letter from U.S. Senator John Kerry congratulating Robert J. Lewis on becoming president of Bay State® addressed to "Bay State Bank."  Ex. 8-B.

> c.    The fact that Bay State® employees are commonly introduced to community and business groups as representatives of "Bay State."  Ex. 8-C.

> d.    A letter from Marcia Kringle of RE/MAX, a referral source in the real estate industry, thanking "Bay State Bank" for its sponsorship of the Greater Worcester Board of Realtors.  Ex. 8-D.

> e.    A letter from a customer addressed to "Bay State Bank" expressing thanks for the warm and sensitive assistance provided by a bank employee handling a transaction for two elderly customers.  Ex. 8-E.

12.    *Consumer surveys in August of 1999 and 2001 show that the Bay State® mark is widely recognized and highly regarded.* The 1999 survey showed that 70% of the general population in Bay State®'s primary market recognize the Bay State mark, and 50% claimed to have seen or heard Bay State® ads. By 2001, the recognition factor had increased to 76%. Bay State's overall reputation ranked very high in both surveys, far surpassing the reputation of Fleet and Bank Boston. Its customer satisfaction in 2001 was the highest of any bank. The 1999 survey showed that Bay State customers had an above average appetite for stocks and mutual funds, that the proportions of their investments that are held at Bay State is higher than that of customers at other banks, and that they are more likely than customers of other banks to recommend the services of Bay State® to friends and family. Myers Aff., ¶¶7,10. Ex. 9 and 10.

13.    *The 1999 survey shows that Bay State® customers had a stronger appetite for stocks and bonds than the general population; kept half their total household investment dollars at Bay State®; and believed that the products and services were getting much better.* Over 80% said they would recommend Bay State® to others, a higher proportion than customers at other banks. Myers Aff., ¶6. Ex. 9.

14.    *The 2001 survey ratings for "products and services satisfaction" show that consumers view Bay State® as providing a wide range of financial services including stocks, bonds and mutual funds.* Some of the survey questions ask whether the bank: (1) "offers a wide variety of products and services to choose from"; (2) "informs you regularly about the specific products and services that are right for you"; (3) "offers one-stop shopping for all your financial services needs by providing non-traditional banking services, such as life insurance, mutual funds, stocks or bonds"; and (4) "offers professional financial planning and counseling." Bay

State® scored nearly 10 points higher than the combined average rating for all its competitors. Myers Aff., ¶9. Ex. 10.

15.    *Bay State® asserted common law trademark rights in 1999 in the case of Bay State Savings Bank v. Bay State Bancorp., 99cv12383-NMG, to successfully prevent another organization from using the names "Bay State" and "Bay State Bank."* The case arose when Bay State Federal Savings Bank of Brookline, MA became a publicly owned company named Bay State Bancorp and attempted to adopt the name "Bay State Bank." Bay State® brought suit to prevent it. As a result of negotiations in connection with a hearing on a Motion For Preliminary Injunction, Bay State Bancorp agreed that it would not use the name Bay State Bank; that it would return to its original name of Bay State Federal; that it would confine its use of that name to existing branches mostly located in Norfolk County; that it would not expand its geographic use of the Bay State Federal name; that it would adopt appropriate measures to prevent confusion; and that it would consent to Bay State®'s registration of the name. Bay State Bancorp subsequently merged into Compass Bank, and no longer uses the Bay State® name in any capacity.

16.    *Bay State® obtained state and federal service mark registrations in 1999 and 2001, respectively.* Ex. 11-A to 11-M. All of the registrations are in International Class ("IC") 36, which includes insurance, financial affairs, monetary affairs, and real estate affairs.

17.    *Bay State® used highly reputable trademark counsel to prosecute the trademark registrations on its behalf.* Gerry A. Blodgett, Esq. of Worcester represented the bank in the trademark applications. Mr. Blodgett specializes in Intellectual Property including trademarks and is licensed to practice before the PTO.  There was no misrepresentation or fraud.  See

Blodgett Aff. The registrations resulting from the bank's and Mr. Blodgett's efforts include the following:

| Mark | First Use | Federal Registration | State Registration | Services described |
|------|-----------|----------------------|--------------------|--------------------|
| Bay State | 5/16/1895 | 5/15/01 | 10/14/99 | IC 036. US 100 101 102. G & S: Banking Services And Financial Services, Namely, Financial Investment In The Field Of Real Estate, Stocks, Bonds, Commercial Paper, And Other Securities, Financial Management And Planning And Financial Guarantee And Surety. |
| Bay State Savings Bank | 5/16/1895 | 5/22/01 | 7/20/99 | IC 036. US 100 101 102. G & S: Banking Services And Financial Services, Namely, Financial Investment In The Field Of Real Estate, Stocks, Bonds, Commercial Paper, And Other Securities, Financial Management And Planning, And Financial Guarantee And Surety. |
| Bay State Online | 7/5/01 | 10/1/02 | 11/14/01 | IC 036. US 100 101 102. G & S: Banking services provided by means of a global computer network. |
| Bay State Investment Services | 2/5/02 | 7/30/02 | 6/3/02 | Investment Services, namely, mutual fund brokerage and investment, annuity underwriting, brokerage in the field of stocks, bonds, life insurance and long term care insurance and insurance agencies and underwriting in the field of life insurance and long term care insurance, in Class 36 (U.S. Cls. 100, 101 and 102) |
| Bay State Bank | 5/30/03 | pending | 6/19/03 | IC 036. US 100 101 102. G & S: Banking services and on-line banking services; and financial services, namely, financial investment in the field of real estate, stocks, bonds, commercial paper, and other securities, financial management and planning and financial guarantee and surety |
| Bay State Savings Bank & Minuteman Head Design | 11/25/99 | 7/16/02 | 1/7/00 | IC 036. US 100 101 102. G & S: Banking Services And Financial Services, Said Financial Services Being Namely; Financial Investment Advice And Brokerage In The Field Of Real Estate, Stocks, Bonds, Commercial Paper, And Other Securities; Risk Management Insurance And Annuity Brokerage; Brokerage Of Insurance Primarily Designed As An Investment And Investment Annuity Brokerage; Financial Management And Planning; And Financial Guarantee And Surety |
| Minuteman Investment Services | 1/10/01 | 7/16/02 | | Brokerage and investment, annuity underwriting and brokerage in the field of stocks and bonds. |

18.    *Baystate Financial incorporated on May 1, 1997.* It is an agent for New England Life Insurance Company and its affiliate, New England Financial Services. Annual Reports describe its business as providing "financial planning services and products." Ex. 12.

19.    *On May 27, 1997, Baystate Financial filed a Massachusetts state service mark registration stating under oath that it first used the Bay State® mark for financial services on May 1, 1997.*  It has not sought federal registration.  The state registration is in IC 36, the same as Bay State®'s registrations.  Ex. 13.

20.    *Baystate Financial uses the mark to promote products and services that are generally quite similar to those of Bay State®.*  A comparison of services based on Baystate Financial's web site (Ex. 14) and Bay State®'s annual reports (Ex. 4) is as follows:

| GENERAL SERVICES | |
|---|---|
| **Baystate Financial** | **Bay State Savings Bank** |
| "Gathering data to help you determine your goals." | "take the time to understand your financial goals and dreams." |
| "Recommending specifically tailored solutions." | "Working with you, we will help develop a prudent, written plan to achieve your goals." |
| "Analyzing your current financial situation." | "help you understand all the financial options available to you, and how to integrate various elements into a results-driven plan." |

| BUSINESS SERVICES | |
|---|---|
| **Baystate Financial** | **Bay State Savings Bank** |
| *Executive Benefit Planning:*<br><br>• Deferred Compensation<br>• Group Carve-Out<br>• Individual Disability Insurance<br>• Split Dollar Life Insurance<br>• Selective Executive Retirement Plan | • Long Term Care<br>• Disability<br>• All Types of Life Insurance |
| *Business Continuation Planning:*<br><br>• Business Income Insurance<br>• Buy-Sell Arrangements<br>• Section 303 Stock Redemption<br>• Key Employee Insurance | • Life Insurance |
| *Tax-Qualified Retirement Plans:*<br><br>• Profit Sharing | |

| | |
|---|---|
| • Money Purchase<br>• Target Benefit<br>• Defined Benefit Plan<br>• Simplified Employee Pension (SEPs)<br>• SIMPLE IRA<br>• 401(k) Plan | • Simplified Employee Pension (SEPs)<br>• SIMPLE IRA<br>• 401(k) Plan |
| • *Employee Benefits Products:*<br><br>• Managed Care Medical Benefits<br>• Dental Insurance<br>• Group Life Insurance<br>• Short-term and Long-term<br>• Disability Insurance<br>• HMO's | • Disability Insurance |

| **INDIVIDUAL SERVICES** | |
|---|---|
| **Baystate Financial** | **Bay State Savings Bank** |
| • *Family Protection:*<br><br>• Permanent Life Insurance<br>• Term Insurance<br>• Variable Life Insurance<br>• Disability Income Insurance<br>• Long Term Care Insurance<br>• Estate Planning<br>• Charitable Giving | • Permanent Life Insurance<br>• Term Insurance<br>• Variable Life Insurance<br>• Disability Income Insurance<br>• Long Term Care Insurance<br>• Estate Planning<br>• Charitable Giving |
| • *Wealth Accumulation Strategies:*<br><br>• Mutual Funds<br>• Variable Annuities<br>• Managed Accounts (New England Securities<br>Investment Manager Program)<br>• Regular IRA/Roth IRA<br>• Education Funding<br>• Retirement Planning | • Mutual Funds<br>• Variable Annuities<br>• Managed Accounts<br><br>• Regular IRA/Roth IRA<br>• College Planning<br>• Retirement Planning |

21.    *Baystate Financial uses the mark in similar channels of trade.*  Through its "Bank

Affiliate Program," Baystate Financial sells its services through banks that are similar to Bay

State®, sometimes using the Bay State name to promote those services.  Baystate Financial states

there are nine such Affiliates.  They include Dean Bank of Franklin, MA; Marlborough Savings

Bank of Marlborough, MA; The Lowell Five Cent Savings Bank; United Cooperative Bank of West Springfield; and Scituate Federal Savings Bank. Ex. 15.

22.    *Baystate Financial incorrectly alleges that predecessors in interest have used the mark since 1983 and obtained a state registration in 1990.* Baystate Financial's state registration states under oath that the mark was first used on May 1, 1997. Instruction on the application clearly states that the applicant should report the first use by any predecessor affiliate. See Ex. 13. Upon information and belief based on inquiries to the Secretary of State, a 1990 state registration by an apparently unrelated party expired because the owner did not renew it. Ex. 16.

23.    *On December 23, 2002, Bay State® notified Baystate Financial, in writing, to discontinue use of the Bay State® mark.* Baystate Financial did not comply. Ex. 17.

24.    *On November 23, 2003, Baystate Financial announced a major expansion including a 38-employee financial planning business located across the Worcester City Common from Bay State®'s headquarters.* In newspaper coverage, Baystate Financial asserted that the recent acquisition made it the largest financial planning operation in New England with 168 employees and annual sales of $176 million, and that the expansion will continue. Ex. 18.

25.    *Baystate Financial does not conduct paid advertising, but does promote itself by other means that threaten dilution and confusion.* Until recently, its activities were confined to Boston. Some newspapers refer to it as "Bay State," suggesting that it is still a very weak mark when applied to Baystate Financial. Ex. 19.

26.    At least in its Worcester office, the principal signage is under the name of New England Financial, for which it is an agent. The Baystate Financial mark is barely displayed. Ex. 20.

27.    The Boston Business Journal ("BBJ") recently observed that:

> Baystate Financial has been growing, *albeit under the radar*.
> However [Baystate Financial CEO David] Porter recently told the
> Boston Business Journal that "the next couple years will present
> solid growth opportunities - *and more recognition* - for Baystate
> Financial, as it looks to expand to Western Massachusetts and
> south toward Hartford." Ex. 21. (Emphasis added).

28.    *Baystate Financial admits that the parties' present and proposed use of the Bay*

*State® mark will cause dilution and confusion.* Baystate Financial's counterclaim alleges that:

> The BAYSTATE Marks and Bank Marks are similar if not
> virtually identical. The dominant or core element of the respective
> marks is Baystate and Bay State. The only appreciable difference
> between the marks is a single space, an almost insignificant
> distinction. The parties' core marks sound the same and look the
> same, and therefore convey the same commercial impression to
> consumers. It is unlikely that consumers will be able to distinguish
> between the BAYSTATE Marks associated with Baystate
> Financial's long-standing and highly regarded financial services
> business and the Bank Marks representing the Bank's neophyte
> financial services offerings.

See Defendant's Counterclaim, ¶32.

29.    *Baystate Financial's allegations of fraud in the trademark application process*

*are incorrect.* The true facts (indexed against the false Counterclaim allegations to which they

relate) are as follows:

> a.    *The specimens included in the trademark applications were used in*
>
> *commerce in connection with the services described in the amended*
>
> *applications; and Bay State® was fully authorized to offer all such*
>
> *services.* Compare Counterclaim ¶¶ 38, 42, 47, 48. The authenticity and
>
> use of the specimens is confirmed in declarations supporting the
>
> applications. In the case of the Bay State Investment Service®
>
> application, the specimen is a promotional letter that Bay State® sent by
>
> mail to selected customers. Ex. 22. An advertisement for Bay State

Investment Services® was run in the newspapers at about the same time, including ads in The Boston Globe and Providence Journal on May 1, 2002. Ex. 23. The services promoted in the letter are investment services that involve interstate commerce, namely, selling stocks, bonds and mutual funds that are publicly traded in the securities markets. According to Bay State®'s trademark counsel, the specimens fulfill the requirement of showing how the mark is used in commerce. See Affidavit of Gerry A. Blodgett, Esq. ("Blodgett Aff.") at ¶¶12, 14, 16.

b.   *The applications correctly state that Bay State® has used the mark for banking and financial services since 1895.* To be sure, the range of services has expanded. Bay State® used the mark for all of the services identified in paragraph 5, above, from the date the services were introduced. The introduction of new investment services including stocks and mutual funds was announced in the 1994 Annual Report and passed review by state regulators. Compare Counterclaim ¶¶ 38, 42, 54. Counsel has advised that the recitations of services in the applications comply with application requirements. See Blodgett Aff., ¶15. Contrary to Baystate Financial's Counterclaim, federal law did not prohibit Bay State® from selling stocks, bonds and mutual funds prior to 1999. See General Counsel's Opinion No. 6, 48 Fed. Reg. 22989 (May 23, 1983).

c.   *Baystate Financial was not the senior user of the Bay State® mark.* Bay State® has used the mark continuously since 1895. The range of services and the dates they were introduced are detailed above in paragraph 5. The

1999 and 2001 surveys show that Bay State® has an excellent reputation, and that both customers and the general public regard the bank as offering a wide range of financial services. Compare Counterclaim ¶¶ 40(i), 45(i), 50(i) and 54(i). See Blodgett Aff., ¶¶4-10.

d.     *Bay State® had in fact been using the mark in commerce for the services described in the applications for more than five (5) years.* Compare Counterclaim ¶¶ 40(ii), 45(ii), 50(ii) and 54(ii). Counsel has advised that the descriptions were correct. See Blodgett Aff., ¶¶12-14.

e.     *The Bay State® mark had become distinctive of the banking and financial services described in the applications.* This is shown by the long history of use described above, and by the 1999 and 2001 consumer surveys. Bay State® sponsored, and surveys show a public perception that it sponsored, financial services including stocks, bonds, etc., even when the services were offered under the Minuteman® mark. Compare Counterclaim ¶¶ 40(iii), 45(iii), 50(iii) and 54(iii). See Blodgett Aff., ¶17.

f.     *Bay State® was not prohibited by law from offering investment services in the period from 1933 to 1999.* It could and did offer new and additional investment services including stocks and mutual funds beginning in 1994. Contrary to what Baystate Financial apparently believes, the Glass-Steagall Act of 1933 and the Bank Holding Company Act of 1956 did not prohibit state chartered banks such as Bay State® from selling such investments. See General Counsel's Opinion No. 6, 48 Fed. Reg. 22989

(May 23, 1983).  <u>Compare</u> Counterclaim ¶¶ 40(iv), 45(iv), 50(iv) and 54(iv); Blodgett Aff., ¶15.

g.    *The Bay State Investment Services® application was based on "intent to use" the name.*  Bay State® used the Bay State Investment Services® mark in commerce on the dates stated to the PTO.  The distinctiveness of the Bay State® mark as to investment services is shown by surveys conducted in 1999 and 2001.  Blodgett Aff., ¶¶16,17.

VERIFICATION

I, Robert J. Lewis, became the President of Bay State Savings Bank® in April 1999 and have personal knowledge of events from that time forward.  Facts prior to that date are based on diligent investigations by Bay State® staff or attorneys.  They are true to the best of my knowledge, information and belief, based on diligent inquiry.

Signed under pains and penalties of perjury this 29th day of March 2004.


Robert J. Lewis