UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BAY STATE SAVINGS BANK,
Plaintiff

V.

BAYSTATE FINANCIAL SERVICES, LLC,
Defendant

CIVIL ACTION NO. 4:03-CV-40273-NMG

## AFFIDAVIT OF R. KELLY MYERS

R. Kelly Myers on oath deposes and says:

1.      I am Principal and Director of Research at RKM Research and Communications, Inc. ("RKM"), located in Portsmouth, New Hampshire. I also helped co-found the University of New Hampshire Survey Center, an academic research center that supports faculty research. I have taken all of the classes required for a Ph.D. in Sociology at the University of New Hampshire, but have not yet completed a dissertation. I hold an MA in Political Science from the University of New Hampshire.

2.      RKM is an independent, non-partisan full-service marketing and communications research firm that has specialized in custom-designed quantitative and qualitative research services since 1996. I am directly responsible for the oversight of all research projects conducted by RKM, including research design, sample design, statistical modeling, interpretive and predictive data analysis, report writing and final presentations. I have conducted over 600 major quantitative survey research projects and over 50 major qualitative research projects, many of which were completed for regional and local banks and credit unions.

{H:\PA\Lit\16311\00003\A0697534.DOC}

3. In August of 1999 and August of 2001, RKM conducted Image and Positioning Surveys for Bay State Savings Bank ("Bay State") of Worcester, Massachusetts. The purpose of the surveys was to determine how the bank was perceived by customers, and by members of the general public who are not customers of the bank. The surveys were not related to this lawsuit.

4. RKM conducted each of the surveys in accordance with the standards and ethics established by the American Association for Public Opinion Research, the American Marketing Association, and the Council of American Survey Research Associations. All interviews were conducted by paid, trained, and professionally supervised interviewers. Screening questions at the beginning of the interview were used to exclude respondents who work for a bank or other financial institution. Only respondents who are responsible, or share responsibility, for a household's banking were included in the study.

The August 1999 Image & Positioning Survey

5. In July 1999, Bay State Savings Bank retained The Marketing Mix, Inc. to conduct a research study in priority markets assessing the following topics:

- Market Awareness of Financial Institutions
- Overall Favorability Toward These Organizations
- Advertising Awareness & Media Usage Patterns
- Financial Institution Usage Levels & Product Ownership
- "Share-of-Wallet" Held with Primary Bank; and
- Perceptions Regarding Trends in Service, Product & Prices.

The Marketing Mix, Inc. retained RKM to administer a survey of respondents from Bay State's primary market area. I was personally responsible for conducting the survey, including research design, sample design, and statistical modeling. The purpose of the survey was to gather information about the Bay State's image with existing customers, and the general population. I did not write the 1999 Image & Positioning Survey report. However, I was responsible for the

actual survey. The survey questions and responses are included at the back of the report. See Ex. 9.[1]

6. The survey included a total of 602 interviews. The interview group was comprised of 301 Bay State customers and 301 randomly selected respondents from the general population. A sample size of 602 delivers results with a maximum margin of error of +/-4.0%. The interview group was selected from the towns of Shrewsbury, Holden, Auburn, and Worcester. Professional interviewers conducted a 10-15 minute telephone interview with each respondent consisting of over 60 carefully selected questions.

7. The results of the 1999 survey are summarized in a report written by The Marketing Mix. Detailed analysis, including the survey data that RKM compiled under my direction, is included at the end of the report. The survey shows that the Bay State mark is widely recognized and highly regarded:

    a. 70% of the respondents who were randomly selected from the general population (the "general population") recognized the Bay State name.

    b. When asked to name banks that readily came to mind, 12% of the general population mentioned Bay State spontaneously without any prompting.

    c. Approximately 70% of respondents who were Bay State customers and 50% of the general population had seen or heard Bay State ads.

    d. Bay State had strong favorability ratings with customers and the general population in relation to other banks. Its customer satisfaction level far surpassed that of Fleet and Bank Boston, at that time the largest banks in the region.

    e. Bay State customers utilized a broad range of Bay State financial services including: auto and boat loans, home equity loans, credit card services, certificates of deposit, savings accounts, checking/NOW accounts, stock brokerage accounts, mutual fund investments, and money market accounts.

---

[1] The Exhibits referred to in this affidavit are contained in the Appendix of Exhibits Supporting Plaintiff's Motion for Preliminary Injunction.

    f.      Relative to the general population, Bay State customers showed a stronger appetite for Certificates of Deposit, Home Equity Loans, Mutual Funds and Home Mortgages.

    g.      Bay State customers report that 51% of household investment dollars are kept with Bay State. Bay State placed 4th overall in this category, and only one percentage point behind Bank Boston.

    h.      15% of Bay State customers said service levels are "getting much better", compared with just 10% for other local institutions.

    i.      14% of Bay State customers said that the overall range of products and services at Bay State is "getting much better", compared with just 10% for competitors.

    j.      81% of Bay State customers indicated that, if asked, they would be likely to recommend Bay State.

### The August 2001 Image & Positioning Study

8.    In July 2001, Bay State retained RKM to conduct a research study assessing the same topics as the 1999 survey. I was directly responsible for the research design, sample design, statistical modeling, interpretive and predictive data analysis, and report writing. The survey was intended to determine how customers and the general population perceive Bay State. It was not, to my knowledge, conducted for litigation.

9.    A total of 453 interviews were conducted. A sample size of 453 delivers results with a maximum margin of error of +/-4.6%. The interview group was comprised of 268 Bay State customers and 185 randomly selected respondents from the general population. The random sample was selected from the towns of Holden, Auburn, and Worcester. Unlike the 1999 study, the 2001 study did not include respondents from the town of Shrewsbury. Also, by virtue of its consolidation with Fleet, Bank Boston was no longer among the pool of bank competitors in August 2001.

10. The 2001 results are reported in Ex. 10. Like the 1999 survey, the 2001 survey shows that the Bay State mark is widely recognized and highly regarded:

    a.    76% of the general population in the survey area recognized the Bay State mark. This is a 6-point increase from the 1999 study.

    b.    Bay State's overall reputation ranked second among the general population, far surpassing the reputation of Fleet.

    c.    Bay State's customer satisfaction level was the highest of any bank and had increased 2.6 percentage points since the 1999 study.

    d.    79% of Bay State customers said that they definitely will continue to bank with Bay State in the future, and an additional 18% said they probably will do so.

    e.    Bay State's rating for products and services satisfaction show that consumers view the bank as providing a wide range of financial services. The 2001 Survey questions concerning products and services satisfaction ask whether the bank: (1) "offers a wide variety of products and services to choose from"; (2) "informs you regularly about the specific products and services that are right for you"; (3) "offers one-stop shopping for all your financial services needs by providing non-traditional banking services, such as life insurance, mutual funds, stocks or bonds"; and (4) "offers professional financial planning and counseling." Bay State scored nearly 10 points higher than the combined average rating for all its competitors for products and services satisfaction.

    f.    Bay State's average community outreach satisfaction rating was nearly 15 points higher than the combined average rating for all its competitors.

Signed under pains and penalties of perjury this 17 day of March, 2004.

_____
R. Kelly Myers