UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BAY STATE SAVINGS BANK,
Plaintiff

V.

BAYSTATE FINANCIAL SERVICES, LLC,
Defendant

CIVIL ACTION NO. 4:03-CV-40273-NMG

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the following copies to the Defendant, Baystate Financial Services, LLC, by mailing, via Federal Express, to Defendant's counsel, Christopher P. Litterio, Esq. of Ruberto, Israel & Weiner, P.C., 100 North Washington Street, Boston, MA 02114:

1. Plaintiff's Motion for Preliminary Injunction;

2. Plaintiff's Memorandum in Support of Bay State Savings Bank's Motion for Preliminary Injunction;

3. Plaintiff's Appendix of Exhibits;

4. Affidavit of Robert J. Lewis;

5. Affidavit of Gerry A. Blodgett, Esq.; and

6. Affidavit of R. Kelly Myers.

BAY STATE SAVINGS BANK

By its attorneys,

*/s/ James C. Donnelly, Jr.*
James C. Donnelly, Jr., Esq.
BBO #129700
Ann Marie Dirsa, Esq.
BBO #650173
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: March 26, 2004

{H:\PA\Lit\16311\00003\A0699306.DOC}                  2