UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BAY STATE SAVINGS BANK, )
)
Plaintiff, )
)
v. ) Civil Action No. 4:03-cv-40273-NMG
)
BAYSTATE FINANCIAL )
SERVICES, LLC, )
)
Defendant. )

### AFFIDAVIT OF BRIAN K. FRENCH

I, Brian K. French, being duly sworn, depose and state as follows:

1. I am an attorney with the law firm of Ruberto, Israel & Weiner, P.C., 100 North Washington Street, Boston, Massachusetts, and serve as co-counsel of record to defendant Baystate Financial Services, LLC ("Baystate Financial"). I make this affidavit on my own personal knowledge.

2. Attached hereto as Exhibit "A" is a true and correct copy of a document entitled "Banks Approved for Sale of Insurance," which I obtained from the website of the Massachusetts Division of Insurance, followed by printable version of that same document.

3. Attached hereto as Exhibit "B" is a true and correct copy of a letter dated February 20, 2003 written by Rona West Cross, Esq., an attorney at Ruberto, Israel & Weiner, P.C. to Gerry A. Blodgett, Esq., counsel to plaintiff Bay State Savings Bank.

Signed and sworn to under the pains and penalties of perjury this 21st day of April, 2004.

Brian K. French

I certify that a true copy of this document has been served by mail by hand upon all counsel of record on 4/21/04.

BRIAN K. FRENCH



Producer Lists

# Producers
Massachusetts Division of Insurance

# Banks Approved for Sale of Insurance

The following list is current as of 12/01/03.
Printable Version

| Source Bank | Bank Name | Bank Class Description | Licensed Approved Dat |
|---|---|---|---|
| 1st Floyd Bank | 1st Floyd Bank | MA Charter | 09/19/2002 |
| Abington Savings Bank | Abington Savings Bank | MA Charter | 05/01/2000 |
| Andover Bank | AB Insurance Services LLC | MA Charter | 12/09/1999 |
| Auburndale Co-operative Bank | Auburndale Co-operative Bank | MA Charter | 01/23/2002 |
| Bay State Federal Savings Bank | BSF Service Corp | Federal | 01/19/2000 |
| Bay State Savings Bank | Infinex Insurance Agency of Massachusetts | MA Charter | 07/19/2001 |
| Benjamin Franklin Savings Bank | Benjamin Franklin Savings Bank | MA Charter | 11/10/1999 |
| Berkshire Bank | Gold Leaf Insurance Agency, Inc. | MA Charter | 06/06/2000 |
| Beverly National Bank | Hannah Insurance Agency, Inc. | Federal | 06/28/2001 |
| Boston Federal Savings Bank | Ellsmere Insurance Agency | Federal | 03/08/2002 |
| Bridgewater Savings Bank | Stonebridge Insurance LLC | MA Charter | 03/22/2001 |
| CambridgePort Bank | CambridgePort Insurance Services, Inc. | MA Charter | 07/17/2000 |
| Cape Cod Bank and Trust Company, N. A. | Murray & MacDonald Insurance Services, Inc. | Federal | 04/07/2000 |
| Cape Cod Five Cent Savings Bank | Cape Cod Five Cent Savings Bank | MA Charter | 04/21/2000 |
| Central Co-operative Bank | Central Co-operative Bank | MA Charter | 05/07/2001 |
| Central One Federal Credit Union | Oak Tree Insurance Agency | Federal Credit Union | 11/18/1999 |
| Century Bank and Trust Company | Century Insurance Services, Inc. | MA Charter | 05/10/2000 |
| Chicopee Savings Bank | Chicopee Savings Bank | MA Charter | 04/10/2001 |
| Citizens Bank of Massachusetts | CITIZENS FINANCIAL SERVICES INSURANCE AGENCY INC, | MA Charter | 05/18/1999 |
| Citizens-Union Bank | Citizens-Union Bank | | 06/05/2002 |
| Citizens-Union Savings Bank | Narragansett Financial insurance Agency, LLC | MA Charter | 07/05/2000 |
| City Savings Bank | Legacy Insurance Services of the Berkshires, LLC | MA Charter | 07/25/2001 |
| Clinton Savings Bank | Clinton Savings Bank | MA Charter | 09/26/2001 |
| Community National Bank | Community National Bank | Federal | 07/25/2002 |
| Danvers Savings Bank | Danvers Savings Bank | MA Charter | 06/03/2002 |
| Dean Co-operative Bank | Dean Co-operative Bank | MA Charter | 05/07/2001 |
| Dedham Institution for Savings | Dedham Institution for Savings | MA Charter | 05/07/2001 |
| East Boston Savings Bank | East Boston Savings Bank | MA Charter | 11/27/2000 |
| East Cambridge Savings Bank | East Cambridge Savings Bank | MA Charter | 02/05/2001 |
| Eastern Bank | EB Agency LLC | MA Charter | 02/14/2000 |

| | | | |
|---|---|---|---|
| Easthampton Savings Bank | Easthampton Savings Bank | MA Charter | 06/22/1999 |
| Enterprise Bank and Trust Company | Enterprise Insurance Services LLC | MA Charter | 11/27/2000 |
| Fall River Five Cents Savings Bank | Fall River Five Cents Savings Bank | MA Charter | 05/01/2000 |
| First Federal Savings Bank of America | FIRSTFED INSURANCE AGENCY, LLC | Federal | 01/07/1999 |
| First Federal Savings Bank of Boston | Bankshares Insurance Group, Inc | Federal | 09/07/2000 |
| First Massachusetts Bank, N.A. | CATALANO INSURANCE AGENCY INC. | Federal | 01/28/1999 |
| First National Bank of Ipswich | First Ipswich Insurance Agency, Inc | Federal | 06/28/2001 |
| Fleet National Bank | Fleet Insurance | Federal | 10/07/1999 |
| Fleet National Bank | Fleet Insurance Services, LLC | | 03/21/2002 |
| Florence Savings Bank | Florence Savings Bank | | |
| Framingham Co-operative Bank | Framingham Co-operative Bank | MA Charter | 05/01/2000 |
| Greenfield Co-operative Bank | Greenfield Co-operative Bank | MA Charter | 05/21/2003 |
| Greenfield Savings Bank | Greenfield Savings Bank | MA Charter | 04/08/2002 |
| Greylock Federal Credit Union | Greylock Financial and Insurance Services, LLC | Other (Federal Credit Union) | 09/16/2002 |
| HOOSAC BANK | COAKLEY, PIERPAN, DOLAN & COLLINS INSURANCE AGENCY INC. | MA Charter | 01/28/1999 |
| Lee Bank | Lee Bank | MA Charter | 11/16/1999 |
| Mansfield Co-operative Bank | Mansfield Co-operative Bank | MA Charter | 07/09/2001 |
| Marlborough Savings Bank | Marlborough Savings Bank | MA Charter | 08/01/2002 |
| Medway Co-operative Bank | Medway Co-operative Bank | MA Charter | 02/20/2003 |
| Mercantile Bank and Trust Company | Mercantile Bank and Trust Company | MA Charter | 11/12/2002 |
| MetroWest Bank | MWB Insurance Agency LLC. | MA Charter | 06/24/1999 |
| Middlesex Savings Bank | Weathervane Insurance Agency, Inc. | MA Charter | 12/28/1999 |
| Monson Savings Bank | Monson Savings Bank | MA Charter | 05/01/2000 |
| Mt. Washington Co-operative Bank | Mt. Washington Co-operative Bank | MA Charter | 05/16/2001 |
| Norwood Co-operative Bank | Norwood Co-operative Bank | MA Charter | 04/03/2001 |
| Pentucket Five Cents Savings Bank | Pentucket Five Cents Savings Bank | MA Charter | 08/04/2000 |
| Peoples Bank | R.C. Knox and Company Insurance Agency Inc. | MA Charter | 12/7/1998 |
| Peoples Savings Bank | Peoples Savings Bank d/b/a Peoples Financial and Insurance Services | MA Charter | 03/09/2000 |
| Plymouth Savings Bank | Plymouth Savings Bank | MA Charter | 08/13/2003 |
| radius financial group, inc. | radius financial group, inc. | Lender | 04/20/2001 |
| Randolph Savings Bank | Randolph Savings Bank | MA Charter | 04/27/2001 |
| Salem Five Cents Savings Bank | CLIPPERSHIP INSURANCE SERVICES LLC | MA Charter | 03/03/1999 |
| Savers Co-operative Bank | Savers Co-operative Bank | MA Charter | 10/11/2001 |
| Scituate Federal Savings Bank | Front Street Insurance Aency, LLC | Federal | 02/15/2002 |

| Slade's Ferry Trust Company | Slade's Ferry Trust Company | MA Charter | 08/14/2002 |
|---|---|---|---|
| South Shore Co-Operative Bank | South Shore Co-Operative Bank | MA Charter | 12/12/2000 |
| South Shore Savings Bank | South Shore Savings Bank | MA Charter | 08/04/2000 |
| Sovereign Bank | Sovereign Agency Massachusetts, LLC | Federal | 09/01/2000 |
| Spencer Savings Bank | Spencer Savings Bank | MA Charter | 09/26/2000 |
| Stoneham Savings Bank | New England Heritage Insurance Agency Group Inc. | MA Charter | 12/21/1999 |
| Strata Bank | Strata Bank | MA Charter | 05/07/2001 |
| Taunton Federal Credit Union | Church Green Insurance Agency, LLC | Other (Federal Credit Union) | 10/31/2000 |
| The Braintree Co-operative Bank | Braintree Insurance Services LLC | MA Charter | 12/10/2001 |
| The Cambridge Mortgage Group | The Cambridge Mortgage Group | Mortgage Lender | 08/11/1999 |
| The Canton Institution for Savings, The Bank of Canton | The Canton Institution for Savings, The Bank of Canton | MA Charter | 01/27/2000 |
| The Community Bank, A Massachusetts Cooperative Bank | Windstream Insurance | MA Charter | 09/26/2001 |
| The Lowell Five Cent Savings Bank | The Lowell Five Cent Savings Bank | MA Charter | 05/02/2001 |
| The Milford National Bank and Trust Company | CrossRoads Insurance Agency, Inc. | Federal | 01/29/2002 |
| The Provident Bank | The Provident Bank | MA Charter | 07/10/2000 |
| The Rockport National Bank | Dogtown Insurance Services, Inc. | Federal | 10/23/2000 |
| The Savings Bank | Robert Thibodeau Jr Insurance Agency Inc. | MA Charter | 02/22/2001 |
| Unibank | Unibank | MA Charter | 08/16/2001 |
| UniBank for Savings | Tommark Insurance, Inc. | MA Charter | 01/30/2002 |
| United Co-operative Bank | United Co-operative Bank | Other (Please Describe) | 06/21/2002 |
| Westborough Savings Bank | Westborough Savings Bank | MA Charter | 07/02/2002 |
| Woronoco Savings Bank | Keyes, Mattson & Agan Insurance Agency, Inc. | MA Charter | 01/19/2000 |

**HOME** | **SEARCH** | **PRODUCER** | **PRIVACY POLICY**

| Insurance Name | Bank Name | Bank Class | Approval Date |
|---|---|---|---|
| 1st Floyd Bank | 1st Floyd Bank | MA Charter | 9/19/2002 |
| Abington Savings Bank | Abington Savings Bank | MA Charter | 5/1/2000 |
| Andover Bank | AB Insurance Services LLC | MA Charter | 12/9/1999 |
| Auburndale Co-operative Bank | Auburndale Co-operative Bank | MA Charter | 1/23/2002 |
| Bay State Federal Savings Bank | BSF Service Corp | Federal | 1/19/2000 |
| Bay State Savings Bank | Infinex Insurance Agency of Massachusetts | MA Charter | 7/19/2001 |
| Benjamin Franklin Savings Bank | Benjamin Franklin Savings Bank | MA Charter | 11/10/1999 |
| Berkshire Bank | Gold Leaf Insurance Agency, Inc. | MA Charter | 6/6/2000 |
| Beverly National Bank | Hannah Insurance Agency, Inc. | Federal | 6/28/2001 |
| Boston Federal Savings Bank | Ellsmere Insurance Agency | Federal | 3/8/2002 |
| Bridgewater Savings Bank | Stonebridge Insurance LLC | MA Charter | 3/22/2001 |
| CambridgePort Bank | Cambridgeport Bank | MA Charter | 7/17/2000 |
| Cape Cod Bank and Trust Company, N. A. | Murray & MacDonald Insurance Services, Inc. | Federal | 4/7/2000 |
| Cape Cod Five Cent Savings Bank | Cape Cod Five Cent Savings Bank | MA Charter | 4/21/2000 |
| Central Co-operative Bank | Central Co-operative Bank | MA Charter | 5/7/2001 |
| Central One Federal Credit Union | Oak Tree Insurance Agency, Inc. | Federal Credit Union | 11/18/1999 |
| Century Bank and Trust Company | Century Insurance Services, Inc. | MA Charter | 5/10/2000 |
| Chicopee Savings Bank | Chicopee Savings Bank | MA Charter | 4/10/2001 |
| Citizens Bank of Massachusetts | The Feitelberg Company, Inc. | MA Charter | 5/18/1999 |
| Citizens Union Bank | Citizens Union Bank | | 6/5/2002 |
| Citizens-Union Savings Bank | Narragansett Financial Insurance Agency, LLC | MA Charter | 7/5/2000 |
| City Savings Bank | Legacy Insurance Services of the Berkshires, LLC | MA Charter | 7/25/2001 |
| Clinton Savings Bank | Clinton Savings Bank | MA Charter | 9/26/2001 |
| Community National Bank | Community National Bank | Federal | 7/25/2002 |
| Danvers Savings Bank | Danvers Savings Bank | MA Charter | 6/3/2002 |
| Dean Co-operative Bank | Dean Co-operative Bank | MA Charter | 3/7/2003 |
| Dedham Institution for Savings | Dedham Institution for Savings | MA Charter | 5/7/2001 |
| East Boston Savings Bank | East Boston Savings Bank | MA Charter | 11/27/2000 |
| East Cambridge Savings Bank | East Cambridge Savings Bank | MA Charter | 2/5/2001 |
| Eastern Bank | Arbella Insurance Agency, Inc. | MA Charter | 2/14/2000 |
| Easthampton Savings Bank | Easthampton Savings Bank | MA Charter | 6/22/1999 |
| Enterprise Bank and Trust Company | Enterprise Insurance Services LLC | MA Charter | 11/27/2000 |
| Fall River Five Cents Savings Bank | Fall River Five Cents Savings Bank | MA Charter | 5/1/2000 |
| First Federal Savings Bank of America | FIRSTFED INSURANCE AGENCY, LLC | Federal | 1/7/1999 |
| First Federal Savings Bank of Boston | Bankshares Insurance Group, Inc | Federal | 9/7/2000 |
| First Massachusetts Bank, N.A. | CATALANO INSURANCE AGENCY INC. | Federal | 1/28/1999 |
| First National Bank of Ipswich | First Ipswich Insurance Agency, Inc | Federal | 6/28/2001 |
| Fleet National Bank | Fleet Insurance | Federal | 10/7/1999 |
| Fleet National Bank | Fleet Insurance Services, LLC | Federal | 3/21/2002 |
| Florence Savings Bank | Florence Savings Bank | | 9/19/2002 |
| Framingham Co-operative Bank | Framingham Co-operative Bank | MA Charter | 5/1/2000 |
| Greenfield Co-operative Bank | Greenfield Co-operative Bank | MA Charter | 5/21/2003 |

| Insurance Name | Bank Name | Bank Class | Approval Date |
|---|---|---|---|
| Greenfield Savings Bank | Greenfield Savings Bank | MA Charter | 4/8/2002 |
| Greylock Federal Credit Union | Greylock Financial and Insurance Services, LLC | Other (Federal Credit Union) | 10/15/2002 |
| Hampden Savings Bank | Hampden Savings Bank d/b/a/ Hampden Savings Bank | | 12/23/2003 |
| HOOSAC BANK | COAKLEY, PIERPAN, DOLAN & COLLINS INSURANCE AGENCY INC. | MA Charter | 1/28/1999 |
| Lee Bank | Lee Bank | MA Charter | 11/16/1999 |
| Mansfield Co-operative Bank | Mansfield Co-operative Bank | MA Charter | 7/9/2001 |
| Marlborough Savings Bank | Marlborough Savings Bank | MA Charter | 8/1/2002 |
| Medway Co-operative Bank | Medway Co-Operative Bank | MA Charter | 2/20/2003 |
| Mercantile Bank and Trust Company | Mercantile Bank and Trust Company | MA Charter | 11/12/2002 |
| MetroWest Bank | MWB Insurance Agency LLC. | MA Charter | 6/24/1999 |
| Middlesex Savings Bank | Weathervane Insurance Agency, Inc. | MA Charter | 12/28/1999 |
| Monson Savings Bank | Monson Savings Bank | MA Charter | 5/1/2000 |
| Mt. Washington Co-operative Bank | Mt. Washington Co-operative Bank | MA Charter | 5/16/2001 |
| Norwood Co-operative Bank | Norwood Co-operative Bank | MA Charter | 4/3/2001 |
| Pentucket Five Cents Savings Bank | Pentucket Five Cents Savings Bank | MA Charter | 8/4/2000 |
| People's Bank | R.C. KNOX AND COMPANY INSURANCE AGENCY INC. | MA Charter | 12/7/1998 |
| Peoples Savings Bank | Peoples Savings Bank d/b/a Peoples Financial and Insurance Services | MA Charter | 3/9/2000 |
| Plymouth Savings Bank | Plymouth Savings Bank | MA Charter | 8/13/2003 |
| radius financial group, inc. | radius financial group, inc. | Lender | 4/20/2001 |
| Randolph Savings Bank | Randolph Savings Bank | MA Charter | 4/27/2001 |
| Rockland Trust Company | Rockland Trust Company | MA Charter | 7/7/2003 |
| Salem Five Cents Savings Bank | Salem Five Insurance Agency, LLC | MA Charter | 3/3/1999 |
| Savers Co-operative Bank | Savers Co-operative Bank | MA Charter | 10/11/2001 |
| Scituate Federal Savings Bank | Front Street Insurance Aency, LLC | Federal | 2/15/2002 |
| Slade's Ferry Trust Company | Slade's Ferry Trust Company | MA Charter | 8/14/2002 |
| South Shore Co-Operative Bank | South Shore Co-Operative Bank | MA Charter | 12/12/2000 |
| South Shore Savings Bank | South Shore Savings Bank | MA Charter | 8/4/2000 |
| Sovereign Bank | Sovereign Agency Massachusetts, LLC | Federal | 9/1/2000 |
| Spencer Savings Bank | Spencer Savings Bank | MA Charter | 9/26/2000 |
| Stoneham Savings Bank | New England Heritage Insurance Agency Group Inc. | MA Charter | 12/21/1999 |
| Strata Bank | Strata Bank | MA Charter | 5/7/2001 |
| Taunton Federal Credit Union | Church Green Insurance Agency, LLC | Other (Federal Credit Union) | 10/31/2001 |
| The Braintree Co-operative Bank | Braintree Insurance Services LLC | MA Charter | 12/10/2001 |
| The Cambridge Mortgage Group | The Cambridge Mortgage Group | Mortgage Lender | 8/11/1999 |
| The Canton Institution for Savings, The Bank of Canton | The Canton Institution for Savings, The Bank of Canton | MA Charter | 1/27/2000 |
| The Community Bank, A Massachusetts Cooperative Bank | Windstream Insurance | MA Charter | 9/26/2001 |
| The Lowell Five Cent Savings Bank | The Lowell Five Cent Savings Bank | MA Charter | 5/2/2001 |
| The Milford National Bank and Trust Company | CrossRoads Insurance Agency, Inc. | Federal | 1/29/2002 |
| The Provident Bank | The Provident Bank | MA Charter | 7/10/2000 |
| The Rockport National Bank | Dogtown Insurance Services, Inc. | Federal | 10/23/2000 |
| The Savings Bank | Robert Thibodeau Jr Insurance Agency Inc. | MA Charter | 2/22/2001 |
| Unibank | Unibank | MA Charter | 8/16/2001 |

Page 2

| Insurance Name | Bank Name | Bank Class | Approval Date |
|---|---|---|---|
| UniBank for Savings | Tommark Insurance, Inc. | MA Charter | 1/30/2002 |
| United Co-operative Bank | United Co-operative Bank | MA Charter | 6/21/2002 |
| Westborough Savings Bank | Westborough Savings Bank | MA Charter | 7/2/2002 |
| Woronoco Savings Bank | Keyes, Mattson & Agan Insurance Agency, Inc. | MA Charter | 1/19/2000 |

Page 3



**RUBERTO, ISRAEL & WEINER, P.C.**

ATTORNEYS AT LAW

100 North Washington Street
Boston, Massachusetts 02114
Telephone  617.742.4200
Facsimile  617.742.2355
www.riw.com

Rona West Cross
Ext.:   259
E-mail:  rwc@riw.com

February 20, 2003

**VIA FEDERAL EXPRESS**

Gerry A. Blodgett, Esq.
Blodgett & Blodgett, P.C.
43 Highland St.
Worcester, MA 01609-2797

    RE:    Baystate Financial Services LLC

Dear Mr. Blodgett:

    We are counsel to Baystate Financial Services LLC, which has a principal place of business in Boston, Massachusetts, along with additional offices located, *inter alia*, in Wellesley, Lynnfield, Marlboro and Canton, Massachusetts as well as in Maine, New Hampshire and Rhode Island ("Baystate"). Baystate has asked us to respond to your letters of December 23, 2002 and January 30, 2003 on behalf of your client, Bay State Savings Bank (the "Bank"). Baystate has taken the Bank's claims seriously and has extensively investigated the Bank's allegations. Consequently, Baystate takes issue with several of the claims in your letter and has stipulations of its own.

    As a Massachusetts banking institution, the Bank likely knows that Baystate is one of New England's oldest and largest financial services firms. It was originally founded in 1901 and began operating under the name Baystate more than twenty years ago. It has at all times been engaged in the business of financial services including, but not limited to, the sale and service of insurance and investment products, as well as financial planning. It has never offered banking services and still does not today.

    Your correspondence essentially claims that Baystate's long term use of BAYSTATE for its financial services somehow infringes on the Bank's use of BAY STATE for its banking and "financial" services. If this were the case, Baystate initially questions why the Bank is just now taking issue with its use of BAYSTATE after more than two decades of Baystate's exclusive use.[1] After further investigation, however, what appears to have actually occurred is that the Bank, as permitted by the repeal of the Glass-Steagle Act in 1999, has sought to move beyond banking

---

1 Like the Bank and its protection of BAY STATE in the traditional banking space, Baystate has also successfully challenged others who have sought to use BAYSTATE or BAY STATE in connection with financial services.

Gerry A. Blodgett, Esq.
Blodgett & Blodgett, P.C.
February 20, 2003
Page 2

services and to enter the financial services business. As I am sure you are aware, this was specifically prohibited prior to 1999.

The Bank's federal trademark registrations for BAY STATE[2], BAY STATE INVESTMENT SERVICES[3], BAY STATE SAVINGS BANK[4] and BAY STATE SAVINGS BANK (& Design)[5] (the "Registrations") attached to your December 23 letter all set forth very specific traditional financial services that the Bank has only recently been allowed to offer. However, as evidenced by copies of the USPTO file histories for the Registrations attached hereto as Exhibits A through D (the "File Histories"), the statements and documentation forming the basis for the Registrations appear to be willfully false and defective, which renders the Registrations prime candidates for cancellation.

Moreover, notwithstanding the posturing letters, it is not clear that the Bank ever has used BAY STATE in connection with financial services. Rather, it appears that the Bank is currently using MINUTEMAN INVESTMENT SERVICES® as the brand for its financial services. This leads Baystate to believe that the Bank knew all along that Baystate was the senior user of BAYSTATE for financial services. We assume this is why the Bank filed USPTO applications to register BAY STATE INVESTMENT SERVICES and MINUTEMAN INVESTMENT SERVICES on the same day -- so that it would be properly positioned to use a different service mark if challenged by Baystate.

To the extent the Bank now seeks to use BAY STATE as the service mark for its financial services, Baystate simply will not allow the Bank to enter its business and trade on the goodwill and brand recognition it has developed over more than two decades. Rather, since Baystate is the senior user of BAYSTATE for financial services and there is a multitude of documentation establishing what appears to be Bank misconduct in obtaining the Registrations, Baystate assumes the Bank will cooperate with Baystate's efforts to register BAYSTATE for its financial services and will work with Baystate to reach an agreement whereby both businesses can

---

2 The description of services for BAY STATE is "Banking services and financial services, namely, financial investment in the field of real estate, stocks, bonds, commercial paper, and other securities, financial management and planning, and financial guarantee and surety, in international class 36." (Exhibit B)
3 The description of services for BAY STATE INVESTMENT SERVICES is "Investment services, namely, mutual fund, brokerage and investment, annuity underwriting, brokerage in the field of stocks, bonds, life insurance and long-term care insurance and insurance agencies and underwriting in the field of life insurance and long-term care insurance, in Class 36." (Exhibit A)
4 The description of services for BAY STATE SAVINGS BANK is "Banking services and financial services, namely, financial investment in the field of real estate, stocks, bonds, commercial paper, and other securities, financial management and planning, and financial guaranty and surety, in international class 36." (Exhibit C)
5 The description of services for BAY STATE SAVINGS BANK (& Design) is "Banking services and financial services, said financial services being namely; financial investment advice and brokerage in the field of real estate, stocks, bonds, commercial paper, and other securities; risk management insurance and annuity brokerage; investment insurance brokerage; investment insurance and investment annuity brokerage; financial management and planning; financial guarantee and surety, in international class 36." (Exhibit D)

Gerry A. Blodgett, Esq.
Blodgett & Blodgett, P.C.
February 20, 2003
Page 3

continue to use their respective marks with their respective businesses while avoiding customer confusion.

*Baystate's Business And Its Marks*

Over the past twenty years, and previously, Baystate has provided professional and business clients with a broad range of financial services and products in connection with the trademarks and service marks, BAYSTATE, BAYSTATE FINANCIAL and BAYSTATE FINANCIAL SERVICES (the "Marks").[6] These services have included all aspects of personal financial planning, including, but not limited to, tax planning in the areas of personal, corporate, and estate planning, ownership and management succession planning for closely-held and corporate businesses, retirement and education funding. In addition, through its licensed associates, including but not limited to Baystate Financial Services Insurance Agency, LLC, Baystate places financial products (*i.e.*, insurance and investments) in support of those activities and provides personal and corporate money management including debt counseling and risk management, which includes all forms of insurance, with an emphasis on life, health, long-term disability and long-term care insurance. In addition, Baystate also offers fixed and variable annuities and investment products including, individual securities (stocks and bonds) and mutual funds.

Baystate's many uses of the Marks have included its letterhead and other business forms, as well as business cards of more than 100 associates. Baystate has used the Marks in advertising on the Internet and elsewhere in connection with its numerous professional affiliations with community banks, CPA firms and property & casualty insurance firms. Again, Baystate does not offer banking services. It offers its many financial services through banks as permitted by the repeal of the Glass-Steagle Act.

Baystate has also used the Marks in connection with Baystate Financial Services Foundation, which it formed for charitable purposes including providing holiday gifts for over 500 children from the Department of Social Services. Baystate presents seminars for consumers, insurance brokers and financial services professionals using its Marks. In addition, Baystate uses its Marks as an approved provider of continuing education credits for CPAs through the National Association of State Boards of Accountancy.

Baystate has been widely recognized as one of the premier financial services organizations in New England, in such publications as *Life & Health Advisor*, *The Boston Globe*, *Medical Economics*, and *Worth* magazine. Accordingly, the Marks have become well known in the financial services industry and have come to signify high quality, innovative financial services throughout New England.

---

[6] In or about May 1997, Baystate registered the service mark BAYSTATE FINANCIAL SERVICES for financial planning products and services with the Commonwealth of Massachusetts. In addition, in June 1999, Baystate registered the domain name <www.baystatefinancial.com>.

Gerry A. Blodgett, Esq.
Blodgett & Blodgett, P.C.
February 20, 2003
Page 4

Under federal and state law, Baystate has the exclusive right to use the Marks in connection with Baystate's various products and financial services, as well as with products and services and in markets which are similar, related or logically associated. Baystate's trademark rights preclude any other person or entity from using any identical or confusingly similar trademark. These exclusive rights extend to the use of the Marks in any media, including the Internet.

*The Bank's Misrepresentations*

Your December 23 letter states that the Bank has been engaged in "financial services" since 1895. This is inherently suspect since banks were specifically prohibited from offering traditional financial services until 1999, when the Glass-Steagle Act was repealed. Thus, either the Bank was offering financial services illegally for almost 100 years, or that claim is false. To the extent the Bank claims that the "financial" services it refers to are those financial services traditionally offered by banks, the specific financial services detailed in the Registrations (*e.g.* "financial investment in the field of real estate, stocks, bonds, commercial paper, and other securities, financial management and planning, and financial guarantee and surety") seem to obviate that claim. *(See* fns. 1-5).

In addition, your December 23 letter states that "consumers could be easily confused about the relationship between our financial institution and your business" and that "[c]onsumers could assume that a business with the name Baystate Financial Services must be associated with our Bank." However, the Bank's representations to the USPTO undercut this claim. The Bank's Responses to Office Actions for the BAY STATE and BAY STATE SAVINGS BANK applications specifically affirm that "banking consumers in general are used to receiving banking names that are somewhat similar and are used to being able to distinguish between one bank and another." (*See* Exhibits B - D). Thus, the Bank itself admits that consumers are not likely to be confused.

Finally, based upon our review of the File Histories, it appears that willful false statements and defective documentation were provided to the USPTO in the Bank's pursuit of the Registrations. As you know, misrepresentations of this sort jeopardize the validity of all of the Registrations and are also punishable by fine or imprisonment or both, under Section 1001 of Title 18 of the United States Code.

*The Bank President's Willfully False Statements to the USPTO*

Each of the File Histories contains a USPTO Office Action initially denying registration of the Bank's marks because the nickname for Massachusetts is BAY STATE, and Massachusetts is where the Bank's services originate. To overcome this refusal, the Bank President, Robert J. Lewis, declared in documentation dated in May of 2000, that BAY STATE had "become distinctive of the [financial] services through the [Bank's] substantially exclusive and continuous

Gerry A. Blodgett, Esq.
Blodgett & Blodgett, P.C.
February 20, 2003
Page 5

use in commerce for at least the five years immediately before the date of this statement."
(Exhibits A – D).

However, given the Glass-Steagle restrictions, the declaration could only be true with regard to the Bank's banking services. It was not until 1999 that the Bank could offer financial services, so it could not have been legally providing those services in 1995. Accordingly, on four separate occasions, the Bank President appears to have misrepresented information to the USPTO in order to obtain the Registrations. If so, this alone renders each Registration vulnerable to cancellation.

The Bank President's declaration of "substantially exclusive and continuous use" of BAY STATE for financial services is also incorrect. Baystate is the senior, exclusive and continuous user of BAYSTATE for financial services, not the Bank. Moreover, use of the mark BAY STATE INVESTMENT SERVICES had not even commenced on May 10, 2000 – the date the Bank President signed the declaration stating that it had been using that mark since 1995.

The Statement of Use for the BAY STATE INVESTMENT SERVICES application that you signed confirms this. February 5, 2002 is listed as the date the Bank first used BAY STATE for financial services. (Exhibit A). Since the first use of BAY STATE for financial services was in 2002, the Bank clearly was not the exclusive and continuous user since 1995 as the Bank President represented.

The BAY STATE and BAY STATE SAVINGS BANK Registrations list dates of first use going back to 1895. Again, either the Bank was illegally offering financial services for almost 100 years, or the date of first use is incorrect. Either way, these two Registrations can be cancelled based on this willful misinformation.

The BAY STATE SAVINGS BANK (& Design) Registration contains November 25, 1999 as the date of first use. However, since Baystate's use commenced well before 1999, this also confirms that Baystate is the senior user of BAY STATE for financial services. Accordingly, this Registration can also be cancelled.

*The Bank's Defective Documentation Submitted to the USPTO*

As you know, the federal trademark registration process required that the Bank show the USPTO how it was using the various BAYSTATE marks in interstate commerce for the services described in the Registrations. These are commonly referred to as "specimens." Curiously, with the exception of the BAY STATE INVESTMENT SERVICES Registration, the Bank's specimens do not even mention any traditional financial services or products. The BAY STATE INVESTMENT SERVICES specimen does not show use in interstate commerce. Accordingly, all four specimens supporting the Registrations fail, and the Registrations can be cancelled.

The BAY STATE and BAY STATE SAVINGS BANK word mark applications use the same Statement of Condition (the "Statements") as the specimen. The Statements include only

Gerry A. Blodgett, Esq.
Blodgett & Blodgett, P.C.
February 20, 2003
Page 6

"Thrift Services," "Loan Services," "Commercial Services" and various "Additional Banking Services." All of these are traditional banking services. There is no reference to the financial services recited in these Registrations.

The specimen for the BAY STATE SAVINGS BANK logo also does not reference financial services. Instead, the specimen consists of rate information for various types of loans.

The BAY STATE INVESTMENT SERVICES specimen is the first specimen to mention financial services. The specimen is an advertisement letter dated February 5, 2002. Since the letter is addressed to a Massachusetts consumer, it does not evidence use in interstate commerce. The Bank letter <u>introduces</u> Bay State Investment Services and informs the consumer that the Bank will now offer "a full range of investment and insurance products" through Infinex Investments, Inc. Accordingly, it does not appear the Bank offered any financial services using BAY STATE until 2002, well after Baystate's use commenced.

*The Bank Is Not Even Using BAY STATE In Its Service Mark For Financial Services*

Our review of the Bank's website materials published at [http://www.baystatesavings.com/home.asp] (Exhibit E) reveals that the Bank is actually using MINUTEMAN INVESTMENT SERVICES® as the service mark for its financial services. Baystate now believes this is because the Bank knew Baystate was the senior user of BAYSTATE and wanted to hedge its bets by simultaneously seeking registration of MINUTEMAN, which does not infringe Baystate's rights.[7]

*Chapter 93A*

It seems clear that both willfull deceitful statements and defective documentation were provided to the USPTO in order to obtain the Registrations. Moreover, based on the current information available, the Bank is not using and may never have used BAY STATE for financial services. These facts, the misrepresentations to the USPTO, the fraud on the USPTO and the withholding of material information, as well as the Bank's repeated threats of knowingly baseless litigation all constitute unfair and deceptive trade practices under M.G.L. c. 93A.

---

[7] As set forth in the USPTO TESS information for the MINUTEMAN INVESTMENT SERVICES registration attached as Exhibit F, MINUTEMAN INVESTMENT SERVICES are "investment services, namely, mutual fund brokerage and investment, annuity underwriting and brokerage in the field of stocks and bonds. On the Bank's website, the services are described as ""Minuteman Investment Services, a business group of Bay State Savings Bank, is now providing a broad range of financial planning and investment services with Infinex Financial Group. Products and services include: Mutual funds, Tax-deferred annuities, stocks and bonds, life insurance, money market funds, retirement accounts, financial planning and much more."

Gerry A. Blodgett, Esq.
Blodgett & Blodgett, P.C.
February 20, 2003
Page 7

*Baystate's Position*

Based on the foregoing, Baystate has absolutely no intention of changing the name of its business or re-branding its financial services. To the contrary, Baystate intends to pursue federal and state registration for BAYSTATE covering its financial services and would expect the Bank's cooperation with its efforts, especially since the Bank is using MINUTEMAN INVESTMENT SERVICES ("MINUTEMAN") as the service mark for its financial services arm instead of BAYSTATE.

Despite the Bank's heavy-handed letters and threats of litigation, the facts and documentation actually establish that Baystate is the senior user of BAYSTATE for the traditional financial services that the Bank has only recently been allowed to offer given the repeal of the Glass-Steagle Act (the "Post Glass-Steagle Financial Services"). Accordingly, rather than engaging in costly and protracted litigation regarding our clients' respective rights, Baystate is willing to discuss parameters for a formal co-existence agreement establishing, *inter alia*, that:

1. The Bank is the senior user of BAY STATE for traditional banking services.

2. Baystate is the senior user of BAY STATE for traditional financial services, including, but not limited to, Post Glass-Steagle Financial Services;

3. The Bank is currently using MINUTEMAN INVESTMENT SERVICES® as the service mark for its Post Glass-Steagle Financial Services;

4. The Bank agrees not to use BAYSTATE, BAY STATE or any other confusingly similar service mark in connection with its Post-Glass-Steagle Financial Services;

5. Baystate does not offer traditional banking services. If it ever does, Baystate agrees not to use BAYSTATE, BAY STATE or any other confusingly similar service mark in connection with banking services it may offer in the future;

6. The Bank will cooperate with Baystate's efforts to register BAYSTATE for Baystate's financial services at the federal and state levels, including, but not limited to, a letter of consent for Baystate's use with the USPTO;

7. The Bank and Baystate will work together to continue to peacefully co-exist and use their respective marks in their respective businesses; and

8. The Bank and Baystate will work together to prevent customer confusion and to protect the goodwill that both have spent years cultivating.

Gerry A. Blodgett, Esq.
Blodgett & Blodgett, P.C.
February 20, 2003
Page 8


Given the facts that have unfolded, Baystate believes the above is a workable solution that protects the Bank's and Baystate's rights without legal action. However, if an acceptable agreement cannot be reached with the Bank, Baystate stands ready to take all steps necessary to protect its rights and obtain registration of BAYSTATE for its financial services, including, but not limited to, filing actions to cancel the BAY STATE Registrations that the Bank appears to have fraudulently obtained.

We look forward to your response.

Very truly yours,

Rona West Cross

RWC:dmm
cc:  Herbert K. Daroff, J.D., CFP
     David C. Porter, Managing Partner
     Lou Katz, Esquire
     Debra K. Mayfield, Esquire


U:\RWC\Baystate Financial\Blodgett 2-20-03.doc