UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BAY STATE SAVINGS BANK, )
)
Plaintiff, )
)
v. ) Civil Action No. 4:03-cv-40273-NMG
)
BAYSTATE FINANCIAL )
SERVICES, LLC, )
)
Defendant. )

## AFFIDAVIT OF RICHARD D. WILSON

I, Richard D. Wilson, being duly sworn, depose and state as follows:

1. I am the former sole proprietor of the Richard Wilson Insurance Agency, which was located in Boston, Massachusetts. I make this affidavit on my own personal knowledge.

2. I was formerly a Partner in the Desautels & Wilson Partnership d/b/a Desautels & Wilson Insurance Agency (the "Desautels & Wilson Agency"). The Desautels & Wilson Agency was a General Agency of the New England Life Insurance Company ("New England Life").

3. The Desautels & Wilson Agency was engaged in the business of financial services, including, but not limited to, the sale and service of insurance and investment products, as well as financial planning. Attached hereto as Exhibit "A" is a true and correct copy of the 1982 Desautels & Wilson Agency Annual Report. As indicated on page 18 of the Annual Report, as of January 3, 1982, employees of the agency began answering the telephone as "Baystate Financial Services" in recognition of the fact that we had grown to offer a wide variety of financial services. As stated in the Annual Report, "[w]ith the grouping of our insurance,

investment, financial planning, group benefits, and pension services under one marketing identification, we believe you [the agents and employees] will be better able to serve your clients and the other advisors." The Annual Report continued: "Baystate Financial Services is a name that accurately describes what we have become. It is a name that we can promote without it having to change."

4. In the years that followed, while the number of partners in the Desautels & Wilson Agency changed from time to time, the organization continued to do business under the Baystate Financial Services trade name. As of 1983, the Desautels & Wilson Agency became the Wilson, Bergstrom & Denton Partnership d/b/a Wilson, Bergstrom & Denton Insurance Agency (the "Wilson, Bergstrom & Denton Agency"). In addition to doing business under the trade name Baystate Financial Services, on or about January 1, 1983, the Wilson, Bergstrom & Denton Agency adopted and began using in commerce the service marks BAYSTATE, BAYSTATE FINANCIAL and BAYSTATE FINANCIAL SERVICES (collectively, the "BAYSTATE Marks") in connection with our financial services and products.

5. The Wilson, Bergstrom & Denton Agency continuously used the BAYSTATE Marks in commerce and continuously conducted business as Baystate Financial Services until approximately June 29, 1990. For instance, attached hereto as Exhibit "B" is a true and correct copy of a letter dated April 26, 1984, which was written by Peter A. Gaines of the Wilson, Bergstrom & Denton Agency on Baystate Financial Services letterhead.

6. On or about April 10, 1990, the Wilson, Bergstrom & Denton Agency obtained Massachusetts Service Mark Registration No. 44104 for the service mark BAYSTATE FINANCIAL SERVICES (the "Registration"). Attached hereto as Exhibit "C" is a true and correct copy of the Registration. As indicated, the Registration covered "[t]he sale of insurance

products and actuarial services and financial planning services" and included a date of first use of January 1, 1983.

7. On or about June 29, 1990, the Wilson, Bergstrom & Denton Agency changed ownership, and I became the Managing Partner of the successor partnership, the Wilson & Bergstrom Partnership d/b/a Wilson & Bergstrom Insurance Agency (the "Wilson & Bergstrom Agency"). In connection with its products and services, the Wilson & Bergstrom Agency continuously used the BAYSTATE Marks in commerce and continuously conducted business as Baystate Financial Services from June 29, 1990 until approximately March 1, 1992.

8. On or about March 1, 1992, the Wilson & Bergstrom Agency terminated pursuant to the terms of the Wilson & Bergstrom Insurance Agency Termination of Partnership Agreement (the "Termination Agreement"). As part of the Termination Agreement, I was assigned, as sole proprietor of the Richard Wilson Insurance Agency (the "Wilson Agency"), the Registration, the continuing exclusive right to use the BAYSTATE Marks, the goodwill associated with the BAYSTATE Marks and the Baystate Financial Services trade name. From March 1, 1992 until approximately August 1996, the Wilson Agency continuously used the BAYSTATE Marks in commerce in connection with its financial services and products and continued to do business as Baystate Financial Services.

9. From 1982 to August 1996, the Wilson Agency and each of its predecessor partnerships were General Agencies of New England Life and offered the same or substantially the same kinds of financial products and services, such as IRAs, mutual funds, group life insurance, disability insurance, business income insurance and estate and retirement planning. During this period, neither the Wilson Agency nor any of its predecessors offered traditional banking services.

10. In addition, from 1982 to August 1996, the Wilson Agency and its predecessor partnerships promoted the business as Baystate Financial Services. Particularly within the financial services industry, and at trade meetings like the Boston Life Underwriters Association, the partnerships extensively promoted the business as Baystate Financial Services. Throughout this period, the partnerships also used letterhead bearing the name Baystate Financial Services and represented the business as Baystate Financial Services in their interactions with the public. For example, when I was occasionally interviewed on television to comment on certain financial-related matters, I was introduced as a member of Baystate Financial Services.

11. In August 1996, the Wilson Agency entered into a Final Buyout Agreement (the "Buyout") with New England Life in which the Wilson Agency sold its "Assets and Inventory" (as defined in the Buyout) to New England Life. As part of the Buyout, New England Life paid the Wilson Agency $92,000 for its assignment of the Inventory, which included the Registration, the BAYSTATE Marks, the goodwill associated with the BAYSTATE Marks and the Baystate Financial Services trade name. Attached hereto as Exhibit "D" is a true and correct copy of a Confirmatory Assignment of Service Marks, Service Mark Registration and Trade Name between the Wilson Agency and New York Life.

Sworn to and subscribed under the pains and penalties of perjury this 15th day of April, 2004.

_Richard D. Wilson_
Richard D. Wilson

U:\BKF\Baystate Financial\Pleadings\wilson.aff.doc

I certify that a true copy of this document has been served by mail/by hand upon all counsel of record on 4/21/04.

BRIAN K. FRENCH

5