UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 APR 21  P 4: 35

U.S. DISTRICT COURT
DISTRICT OF MASS.

BAY STATE SAVINGS BANK,   )
                          )
        Plaintiff,        )
                          )
v.                        )   Civil Action No. 4:03-cv-40273-NMG
                          )
BAYSTATE FINANCIAL        )
SERVICES, LLC,            )
                          )
        Defendant.        )

## AFFIDAVIT OF RICHARD DENTON

I, Richard Denton, hereby state as follows:

1. I am currently an employee of the Defendant, Baystate Financial Services, LLC ("Baystate Financial").

2. I originally began my affiliation with Baystate Financial in 1983 as a partner of the entity that adopted the name Baystate Financial and used that name to market and sell financial services such as stocks, bonds, mutual funds, life insurance, annuities, and financial planning.

3. I was affiliated with Baystate Financial from 1983 to 1990, during which time it continuously offered the financial services described in paragraph 2. Attached hereto as Exhibit A is a true and accurate copy of a brochure that was created during that time frame. Attached hereto as Exhibits B, C and D, respectively, are true and accurate copies of annual reports for Baystate Financial for the years 1986, 1989 and 1990.

4. Between 1990 and 1997, I managed the Cleveland office of a New England financial agency. Between 1997 and 2001, I worked at New England Financial's corporate headquarters. In 2001, I returned to Baystate Financial, where I currently work.

Signed under the pains and penalties of perjury this ___ day of April, 2004.

Richard Denton

U:\PM\CPL\Baystate\Pleadings\Denton Aff.doc

I certify that a true copy of this document has been served by mail/by hand upon all counsel of record on _____.

BRIAN K. FRENCH

2