UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAY STATE SAVINGS BANK,<br><br>Plaintiff<br><br>V.<br><br>BAYSTATE FINANCIAL SERVICES, LLC,<br>Defendant | CIVIL ACTION NO. 4:03-CV-40273-NMG<br><br>PLAINTIFF'S MOTION FOR TRANSFER OF CASE FROM BOSTON TO WORCESTER PURSUANT TO LOCAL RULE 40.1 |

Pursuant to Local Rule 40.1(D) and (F), plaintiff Bay State Savings Bank (the "Bank") moves for a transfer of this action from the Eastern Division of the District of Massachusetts in Boston to the Central Division of the District of Massachusetts in Worcester.

In support of its motion, the Bank states as follows:

1.    This is an action commenced by the Bank in the Central Division of the District of Massachusetts against Baystate Financial Services, LLC ("Baystate Financial") for infringement of its service mark "Bay State®", used by the plaintiff continuously for banking and financial services since the Bank's formation in Worcester in 1895, and formally registered as state and federal trademarks in 1999 and 2001, respectively.

2.    According to its state trademark application, Baystate Financial first used the Baystate name on May 1, 1997. Such use was mainly limited to Boston until November 26, 2003, when Baystate Financial announced the acquisition of a 38 –employee firm formally known as the Patriot Group that is located directly across the Worcester City Common from Bay State's headquarters in downtown Worcester.

{H:\PA\Lit\16311\00003\A0756232.DOC}

3.     This Court denied a motion for preliminary injunction, but the parties now wish to proceed with the lawsuit.

4.     The Bank is a Massachusetts-chartered savings bank with its principal place of business in Worcester, Massachusetts.  The Bank is headquartered in Worcester and has branch locations in Worcester, Auburn and Holden.

5.     Baystate Financial is a Massachusetts limited liability company which has a downtown Worcester office with 38 employees.  Baystate Financial has commenced active advertising in the Worcester area through at least the Worcester Business Journal.  See Exhibit A.  Within the past few months, the Bank has experienced several incidents of actual confusion.

6.     This case was initially filed in and assigned to the Central Division of the District of Massachusetts as required by Local Rule 40.1 since both parties reside in Worcester.  The case was recently transferred to Boston when the judge to which the case was assigned (Hon. Nathaniel M. Gorton) relocated to the Eastern Division.

7.     The Bank moves for retransfer of this case to the Central Division.  It is more convenient and less expensive for the officers and employees of the Bank, who are key witnesses in this action, to appear in Worcester in the Central Division than in Boston in the Eastern Division.  The Bank customers and users of the Bank products are located in Worcester County.  While those users are not parties to this action, they are likely to be involved as fact witnesses.  The alleged harm of dilution and confusion will mainly occur in Worcester, where the Bank has been using the Bay State mark since 1895.  In addition, counsel for the Bank is located in Worcester.  It is more convenient, and less expensive, for counsel to appear in Worcester in the Central Division than in Boston in the Eastern Division.

8.      As the party who initiated the litigation, the Bank should be afforded deference in selecting the forum which is most convenient for the Bank.  See Pritzker v. Yari, 42 F.3d 53, 64 (1st Cir. 1994)(courts "accord plaintiff's choice of forum a degree of deference in respect to the issue of its own convenience"); and Brookfield Machine, Inc. v. Calbrit Design, 929 F.Supp. 491, 501 (D.Mass. 1996) ("plaintiff's choice of forum is entitled to great weight").

9.      Transfer of this case from the Eastern Division to the Central Division will not prejudice Baystate Financial, who has a usual place of business in Worcester, and whose expansion into Worcester County precipitated the filing of this suit.

10.     The Bank submits this motion for transfer of the case to the Central Division so that the initial scheduling conference and all other early actions on the case may take place in the Central Division.

WHEREFORE, the Bank respectfully requests that the Court transfer this action from the Eastern Division to the Central Division located in Worcester.

BAY STATE SAVINGS BANK

By its attorneys,

*James C. Donnelly, Jr., Esq. BBO #129700*
James C. Donnelly, Jr., Esq. BBO #129700
Ann Marie Dirsa, Esq. BBO #650173
Mirick, O'Connell, DeMallie &
  Lougee, LLP
100 Front Street
Worcester, MA  01608-1477
(508) 791-8500

Dated:  December 9, 2004

## RULE 7.1 (A)(2) CERTIFICATE

I, Ann Marie Dirsa, hereby certify that I have conferred with counsel for the defendant and have attempted in good faith to resolve or narrow the issues which are the subject of this motion.

Ann Marie Dirsa, Esq.

Dated:  December 9, 2004

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing document to the Defendant, Baystate Financial Services, LLC, by mailing, via electronic mail and first class mail, postage prepaid, to Defendant's counsel, Christopher P. Litterio, Esq. of Ruberto, Israel & Weiner, P.C., 100 North Washington Street, Boston, MA 02114.

Ann Marie Dirsa, Esq.

Dated:  December 9, 2004

# Exhibit A

# A Team You Know...

## Some members of our Worcester team.



**David N. Tinsley, CLU, ChFC**
Financial Representative



**Sidney De Young, CLU**
Financial Representative



**Gordon Hay Jr., CLU**
Financial Representative



**William Hackler, CLU**
Financial Representative

## and a company with over a century of experience.

Baystate Financial Services, one of New England's oldest and largest financial firms, has always kept one thing in mind -- providing the best service possible for our client. With a Worcester office of experienced professionals, we continue our long standing tradition of helping individuals and businesses achieve their financial goals.

# Baystate Financial Services

*Since 1901*

100 Front Street, Suite 900 • Worcester, MA
Tel: 508-890-6200 • Fax: 508-793-1870

Managing Partner: David C. Porter

*Baystate Financial's capacity is enhanced by its association with New England Financial.*
*Securities products offered through New England Securities Corp., Boston, MA.*

New England Financial is a service mark for New England Life Insurance Company and related companies.
Branch office: 1 Exeter Plaza, Suite 1400 Boston, MA 62116. CD200407626 Exp. 9/30/2006.

www.wbjournal.com

# We've got a new name on our business cards...

And the same team of experienced professionals to help you meet your financial goals.

*Some members of our Worcester team.*



*Paul Couture*
Financial Representative



*Donald R. Hein*
Financial Representative

*Thomas P. Clinton*
Registered Representative



*Rick Larsen*
Financial Representative

Paul Couture
*Financial Representative*

**Baystate Financial Services**
100 Front Street, 9th Floor
Worcester, MA 01608
(508) 890-6251
pcouture@baystatefinancial.com
Home Office: One Exeter Plaza, Suite 1400, Boston, MA 02116

FAX: (508) 793-1870
(617) 585-4500

That new name is Baystate Financial Services, one of New England's oldest and largest financial firms. With a Worcester office of experienced professionals, we're ready to service the financial needs of our clients in Central Massachusetts.

## Baystate Financial Services

*Since 1901*

100 Front Street, Suite 900
Worcester, MA 01608
Telephone: 508-890-6200
Fax: 508-793-1870

Managing Partner: David C. Porter

CD200405691 Exp. 7/31/2005

*Baystate Financial's capacity is enhanced by its association with New England Financial. Securities products offered through New England Securities Corp., Boston, MA.*

*www.wbjournal.com*