UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Bay State Savings Bank ,**
        **Plaintiff**

V.

**Baystate Financial Services, Inc.,**
        **Defendant**

CIVIL ACTION

NO.  03-40273-NMG

**O R D E R**

Gorton     D.J.

Pursuant to the provisions of Rule 40.1(c) of the Local Rules, the above-entitled case is hereby transferred to the Worcester session of this court for all further proceedings.

By The Court,

/s/ Craig J. Nicewicz
Deputy Clerk

Date:  1/27/05

Copies to:          Counsel, Operations Manager

(Transfer O - Worcester.wpd - 7/99)                                                       [divtranout.]