**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:   Civil / Criminal  No.   03-40273-NMG

Title:   Bay State Savings Bank v. Baystate Financial Services, LLC,

**N O T I C E**

Please take notice that the above-entitled case previously assigned to Judge   Gorton   has been transferred to Judge   Saylor   for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials FDS  .

Thank you for your cooperation in this matter.

TONY ANASTAS
CLERK OF COURT

By:   /s/ Craig J. Nicewicz
Deputy Clerk

Date:   1/27/05

_____   Please NOTE that the above case has been transferred to the Western Division in Springfield.  All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

  X     Please NOTE that the above case has been transferred to the Central Division in Worcester.  All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:   Counsel

(Notice of Transfer.wpd - 12/98)                                                       [ntccsasgn.]