UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BAY STATE SAVINGS BANK )<br>Plaintiff )<br>)<br>v. )<br>)<br>BAYSTATE FINANCIAL SERVICES, LLC )<br>Defendant )<br>) | Civil Action No. 4:03-CV-40273-FDS |

### PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the plaintiff, Bay State Savings Bank, by and through its President, Robert J. Lewis, and the plaintiff's undersigned counsel, James C. Donnelly, do hereby certify that we have conferred with respect to establishing a budget for the cost of conducting the full course and various alternative courses for the litigation, and also to consider the resolution of the litigation through the use of alternative dispute resolution programs, including those outlined in Local Rule 16.4.

BAY STATE SAVINGS BANK

By its authorized representative,

_____
Robert J. Lewis, President
Bay State Savings Bank
28-32 Franklin Street
Worcester, MA 01608

Dated: February 22, 2005

{H:\PA\Lit\16311\00003\A0769622.DOC}

BAY STATE SAVINGS BANK

By its attorneys,

/s/ James C. Donnelly, Jr.
James C. Donnelly, Jr., Esq.
B.B.O.#129700
Ann Marie Dirsa, Esq.
BBO #650173
Mirick, O'Connell, DeMallie &
 Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:   (508) 791-8502

Dated: February 22, 2005

**CERTIFICATE OF SERVICE**

I, Ann Marie Dirsa, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, via first-class mail, postage prepaid, to: Christopher P. Litterio, Esq. of Ruberto, Israel & Weiner, P.C., 100 North Washington Street, Boston, MA 02114:

Dated: February 28, 2005                    /s/ Ann Marie Dirsa
                                             Ann Marie Dirsa