UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAY STATE SAVINGS BANK,<br><br>Plaintiff,<br><br>v.<br><br>BAYSTATE FINANCIAL<br>SERVICES, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 4:03-cv-40273-FDS<br>)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANT'S LOCAL RULE 16.1(D)(3) CERTIFICATION**

Pursuant to Local Rule 16.1(D)(3), the defendant, Baystate Financial Services, LLC, by and through its Managing Partner, David C. Porter, and the defendant's undersigned counsel, Christopher P. Litterio, do hereby certify that we have conferred with respect to establishing a budget for the cost of conducting the full course and various alternative courses for the litigation, and also to consider the resolution of the litigation through the use of alternative dispute resolution programs, including those outlined in Local Rule 16.4.

BAYSTATE FINANCIAL SERVICES, LLC
By its authorized representative,

_____
David C. Porter
Managing Partner
Baystate Financial Services, Inc.
699 Boylston Street
Boston, MA 02116

Dated: March 1, 2005

BAYSTATE FINANCIAL SERVICES, INC.

By its Attorneys,

_____
Christopher P. Litterio, BBO#551098
RUBERTO, ISRAEL & WEINER, P.C.
100 North Washington Street
Boston, MA 02114
(617) 742-4200

Dated: March 4, 2005

## CERTIFICATE OF SERVICE

I, Christopher P. Litterio, hereby certify that on this 7th day of March, 2005, I did serve a copy of the foregoing document by hand delivery to James C. Donnelly, Jr., Esquire and Ann Marie Dirsa, Esquire, Mirick, O'Connell, DeMallie & Lougee, LLP, 100 Front Street, Worcester, Massachusetts 01608-1477.

_____
Christopher P. Litterio

U:\PM\CPL\Baystate\Pleadings\Rule 16-1(D)(3) Certification.doc