UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BAY STATE SAVINGS BANK,
    Plaintiff

V.

BAYSTATE FINANCIAL SERVICES, LLC,
    Defendant

Civil Action No. 4:03-cv-40273-FDS

JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

    The parties hereby jointly move to extend all remaining scheduling order deadlines by three months and ask the Court to issue an amended Scheduling Order in this matter.

    As grounds for their motion, the parties state as follows:

    1.    This is an action commenced by Bay State Savings Bank against Baystate Financial Services, LLC ("Baystate Financial") for infringement of its service mark "Bay State®". Baystate Financial has asserted counterclaims alleging that its and its predecessors' use of the mark predates the Bank's use of the mark for the provision of investment services.

    2.    The Scheduling Order that is currently in effect provides that all discovery, other than expert discovery and requests for admission, be completed by September 7, 2005. All depositions, other than expert depositions, must also be completed by September 7, 2005, pursuant to the Order.

    3.    An important focus of the case and of discovery in this matter is the history of the use of the mark, not just by Baystate Financial, but also its predecessors in interest. The search for relevant documents has been time consuming and is still not completed.

    4.    The parties require additional time to complete discovery before depositions can effectively be taken, and estimate that an additional three months would be sufficient to do so.

{H:\PA\Lit\16311\00003\A0826965.DOC}

WHEREFORE, the parties jointly request the Court to issue an amended scheduling order extending all remaining deadlines by three months as follows:

All requests for admission must be served by <u>January 7, 2006</u>.

All depositions, other than expert depositions, must be completed by <u>December 7, 2005</u>.

All discovery, other than expert discovery, must be completed by <u>December 7, 2005</u>.

Status conference to be held on <u>December 15, 2005</u>, or as soon thereafter as may be held by the Court.

Plaintiff's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by <u>January 7, 2006</u>.

Plaintiff's trial experts must be deposed by <u>February 7, 2006</u>.

Defendant's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by <u>March 7, 2006</u>.

Defendant's trial experts must be deposed by <u>April 7, 2006</u>.

Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by <u>May 7, 2006</u>.

Oppositions to dispositive motions must be filed within <u>30</u> days after service of the motion.

Pretrial conference to be held on <u>July 6, 2005</u>, or as soon thereafter as may be held by the Court.

| BAY STATE SAVINGS BANK | BAYSTATE FINANCIAL SERVICES, LLC |
|---|---|
| By its attorneys, | By its attorney, |
| /s/ James C. Donnelly, Jr. | /s/ Christopher P. Litterio |
| James C. Donnelly, Jr., Esq. BBO #129700 | Christopher P. Litterio, Esq. BBO #551098 |
| Ann Marie Dirsa, Esq. BBO #650173 | Ruberto Israel & Weiner, PC |
| Mirick, O'Connell, DeMallie & Lougee, LLP | 100 North Washington Street |
| 100 Front Street | Boston, MA  02114 |
| Worcester, MA  01608-1477 | Phone:  (617) 742-4200 |
| Phone:  (508) 791-8500 Fax:  (508) 791-8502 | Fax:  (617) 742-2355 |