UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAY STATE SAVINGS BANK,<br>    Plaintiff<br><br>V.<br><br>BAYSTATE FINANCIAL SERVICES, LLC,<br>    Defendant | Civil Action No. 4:03-cv-40273-FDS |

**JOINT MOTION FOR ENTRY OF
STIPULATION AND PROTECTIVE ORDER**

The parties to the above-captioned action hereby jointly request that the Court enter as an Order the "Confidentiality Stipulation and Agreed Protective Order" attached hereto as Exhibit A. As grounds for this motion, the parties state that they anticipate disclosing information pursuant to discovery requests in this action, which information the producing party deems confidential and proprietary, such as, by way of illustration, customer lists. Entry of this Order will afford each party appropriate protection of its confidential and proprietary information and therefore facilitate orderly discovery in the case.

{H:\PA\Lit\16311\00003\A0840368.DOC}

- 2 -

WHEREFORE, the parties jointly request that the Court enter as an Order the Stipulation and Protective Order attached hereto as Exhibit A.

Respectfully submitted,

| BAY STATE SAVINGS BANK | BAYSTATE FINANCIAL SERVICES, LLC |
|---|---|
| By its attorneys, | By its attorney, |
| /s/ Ann Marie Dirsa       . | /s/ Christopher P. Litterio |
| James C. Donnelly, Jr., Esq. BBO #129700 | Christopher P. Litterio, Esq. |
| Ann Marie Dirsa, Esq. BBO #650173 | BBO #551098 |
| Mirick, O'Connell, DeMallie & | Ruberto Israel & Weiner, PC |
|  Lougee, LLP | 100 North Washington Street |
| 100 Front Street | Boston, MA  02114 |
| Worcester, MA  01608-1477 | Phone:  (617) 742-4200 |
| Phone:  (508) 791-8500 Fax:  (508) 791-8502 | Fax:  (617) 742-2355 |

September 26, 2005