UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAY STATE SAVINGS BANK,<br>    Plaintiff<br><br>V.<br><br>BAYSTATE FINANCIAL SERVICES, LLC,<br>    Defendant | Civil Action No. 4:03-cv-40273-FDS |

**PLAINTIFF BAY STATE SAVINGS BANK'S
MOTION TO COMPEL DISCOVERY**

Bay State Savings Bank® ("Bay State®"), pursuant to Fed. R. Civ. P. 37(a), moves this Court to compel the defendant, Baystate Financial Services, LLC ("Baystate Financial"), to produce documents and answers to interrogatories pursuant to Bay State®'s First Set of Interrogatories and First Request for Production of Documents concerning two categories of information:

    1.    Baystate Financial's "Bank Affiliate Program," which distributes products and services similar to those offered under the plaintiff's registered Bay State® service mark in channels of trade that are similar to the plaintiff's, including other banks that compete directly with Bay State®; and

    2.    Baystate Financial's efforts to retain customers of the Patriot Group, an insurance agency located in downtown Worcester that Baystate Financial acquired in 2003, including efforts to introduce the Baystate name to Patriot Group customers and other efforts to generate name recognition and good will in the Worcester area.

The arguments are more fully set out in Bay State®'s memorandum and an Appendix of Exhibits in support of this motion.

{H:\PA\Lit\16311\00003\A0853181.DOC}

WHEREFORE, the plaintiff requests that this Court issue an order compelling Baystate Financial to answer all interrogatories and produce all documents referenced in its memorandum in support of this motion and to pay the attorneys' fees and costs associated with the preparation of this motion.

BAY STATE SAVINGS BANK

By its attorneys,

Dated: November 2, 2005

/s/ James C. Donnelly, Jr.
James C. Donnelly, Jr., Esq. BBO #129700
Ann Marie Dirsa, Esq. BBO #650173
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

CERTIFICATE OF SERVICE

I, James C. Donnelly, Jr., hereby certify that I have this day served a copy of the foregoing document, by electronic filing, to Christopher P. Litterio, Esq., Ruberto, Israel & Weiner, P.C., 100 North Washington Street, Boston, MA 02114 and Brian K. French, Esq., Ruberto, Israel & Weiner, P.C., 100 North Washington Street, Boston, MA 02114.

Dated: November 2, 2005

/s/ James C. Donnelly, Jr.
James C. Donnelly, Jr., Esq.

CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 37.1(A)

I, James C. Donnelly, Jr., hereby certify that I have complied with the provision of Local Rule 37.1(A) in filing of the above-captioned motion. On July 12, 2005, and September 29, 2005, counsel for the parties participated in discovery conferences in a good faith effort to narrow the areas of disagreement to the greatest possible extent, pursuant to Fed. R. Civ. P. 37(a)(2)(A) and Local Rule 37.1(A).

/s/ James C. Donnelly, Jr.
James C. Donnelly, Jr., Esq.