# EXHIBIT B

# Fidelity ◆ Bank

HELPING YOU GET WHERE YOU WANT TO BE

## Let's design your retirement together.

Are you more than a little concerned about all the buzz over Social Security? The national debate over whether to revise our federal program or not is very confusing and alarming. What will we fall back on, when we reach retirement age? Whether we are employees or employers, who is going to make sure the funds are there for our later life?

The truth of the matter is . . . *you are the person responsible for your retirement.*

Well, what does this mean, and how do you do it? I bet many of you feel overwhelmed just thinking about retirement planning. Why shouldn't you – it's a very complicated matter. You need a lot of time to seriously consider the great range of options. Whether you are a private person or business owner, how can you possibly distinguish between misinformation and good information? Are you like so many folks who suddenly find they have not allocated enough funding for their retirement? Don't forget the all-important tax laws – they're ever changing, and how are you to know which ones are to your advantage?

At Fidelity Bank, we're here to help. We want you to feel comfortable with your financial life, at whatever stage of the road you're on. We can provide the expert guidance that will give you control over your affairs, so that you'll feel confident that your retirement plan is sufficient and secure.

Our LifeDESIGN℠ approach is the solution to this complex yet critical issue. Our financial designers will ask you smarter questions so that your retirement package is ideally suited to meet your individual needs, or your business needs. The considerable expertise and careful focus of our professionals will make navigating the maze of information, ideas, and decisions a smoother process for you. You will quickly discover that we have access to world-class investment options, insurance programs, and mutual fund products in addition to all the familiar banking tools and services. LifeDESIGN will calm your retirement concerns, because our ultimate goal is getting you where you want to be, now and in the future. Whatever planning you have or have not done, our LifeDESIGN professionals are ready to sit down and help you or your business design, consolidate, and implement a practical and effective retirement strategy that will produce peace of mind.

*It's time for you to look out for your future.* Come soon and meet with any one of our professionals listed below, and achieve that all-important sense of security. No one deserves it more than you do.

| Office | Contact | Phone |
|---|---|---|
| Fitchburg / Gardner | Brian Jette | 978-353-2563 |
| Leominster | Deb LaPointe | 978-353-2523 |
| Millbury / Worcester | Carl Querino | 978-353-2457 |
| Shirley | Dag Nybo | 978-353-2583 |

See reverse for non FDIC insured product information.

EDWARD F. MANZI, JR.   President & CEO

February 2005

**Fitchburg** 675 Main Street – 978-345-4331    **Gardner** 330 Main Street – 978-632-5591    **Leominster** 29 Main Street – 978-537-6366
**Millbury** 97 Elm Street – 508-865-9536    **Shirley** 25 Main Street – 978-425-2355    **Connecting all offices:** 800-581-5363

On the web: www.fidelitybankonline.com   Member FDIC   Member SIF   Equal Housing Lender

BFS 00916

# Fidelity Bank
HELPING YOU GET WHERE YOU WANT TO BE

FITCHBURG  LEOMINSTER  SHIRLEY
GARDNER   MILLBURY    WORCESTER

# Fidelity Bank
HELPING YOU GET WHERE YOU WANT TO BE

# Fidelity Bank
HELPING YOU GET WHERE YOU WANT TO BE

BFS 00918

## LifeDesign℠ Products and Services:

## LifeDesign℠ for Business:

## WE COME UP WITH SMARTER ANSWERS BECAUSE WE ASK SMARTER QUESTIONS.

## LifeDesign℠ FOR BUSINESS

