# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAY STATE SAVINGS BANK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BAYSTATE FINANCIAL )<br>SERVICES, LLC, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 4:03-cv-40273-FDS |

**DEFENDANT'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S
<u>FIRST REQUEST FOR PRODUCTION OF DOCUMENTS</u>**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, defendant Baystate Financial Services, LLC ("Baystate Financial") hereby submits supplemental responses to the First Request for Production of Documents of plaintiff Bay State Savings Bank (the "Bank") as follows:

<u>GENERAL OBJECTIONS</u>

1. Baystate Financial objects to each request to the extent that it seeks documents protected from disclosure by the attorney-client privilege or work product doctrine.

2. Baystate Financial objects to each request to the extent that it seeks documents that contain confidential information, the disclosure of which, in the absence of an adequate protective order, will harm Baystate Financial or related entities.

3. Baystate Financial objects to each request to the extent that it seeks documents beyond the permitted scope of discovery under Fed. R. Civ. P. 26 or the Local Rules.

Request No. 4:

Any and all corporate documents, such as minute books, etc., concerning Defendant's predecessors including Porter/Desautels LLC.

Supplemental Response to Request No. 4:

Baystate Financial objects to this request as irrelevant, overly broad and not reasonably calculated to lead to the discovery of admissible evidence. Notwithstanding and without waiving these objections, Baystate Financial states it has produced all annual reports in its possession, custody or control for the years 1982 to present in response to this request.

Request No. 13:

All documents concerning efforts to solicit or retain customers of The Patriot Group, including but not limited to any and all communications to or from such customers.

Supplemental Response to Request No. 13:

Baystate Financial objects to this request as irrelevant, overly broad and not reasonably calculated to lead to the discovery of admissible evidence. Baystate Financial also objects to this request to the extent that it seeks documents that contain confidential information, the disclosure of which would harm Baystate Financial or related entities. Notwithstanding and without waiving this request, Baystate Financial states that it has no documents responsive to this request.

Request No. 33:

All training materials or manuals provided to or used for training of Defendant's or its Predecessors' sales personnel.

Supplemental Response to Request No. 33:

Baystate Financial objects to this request as irrelevant, overly broad and not reasonably calculated to lead to the discovery of admissible evidence. Baystate Financial also objects to this request to the extent that it seeks documents that contain confidential information, the disclosure of which would harm Baystate Financial or related entities. Notwithstanding and without waiving this objection, Baystate Financial states that it has produced training materials for its sales personnel.

Request No. 37:

All documents concerning or containing information concerning Defendant's or its Predecessors' Bank Affiliate Program including but not limited to:

a. Agreements with participating banks;
b. Correspondence;
c. Referral of customers from or to such banks;
d. Advertising and promotion of the Bank affiliate Program or any goods or services offered under said program;
e. Total dollar sales and unit sales under said Program;
f. Total revenues, profits and net profits generated by or for Defendant or its Predecessors' under said Program.

Supplemental Response to Request No. 37:

Baystate Financial objects to this request as irrelevant, overly broad and not reasonably calculated to lead to the discovery of admissible evidence. Baystate Financial also objects to this request to the extent that it seeks documents that contain confidential information, the disclosure of which would harm Baystate Financial or related entities. Notwithstanding and without waiving these objections, Baystate Financial has produced the following documents with respect to the only Bank in Worcester County with which it has an affiliation: (A) The contract commission/revenue reports for <u>all</u> Banks under the Bank Affiliate Program. Further answering,

4

Baystate Financial states that it has produced samples of advertisements for the Bank Affiliate Program.

The Defendant,
BAYSTATE FINANCIAL SERVICES, LLC,
By its attorneys,

_____
Christopher P. Litterio (BBO #551098)
RUBERTO, ISRAEL & WEINER, P.C.
100 North Washington Street
Boston, Massachusetts 02114
(617) 742-4200

Dated: November 15, 2005

---

**CERTIFICATE OF SERVICE**

I, Christopher P. Litterio, hereby certify that on this 15th day of November, 2005, I did serve a true copy of the within document on counsel of record for plaintiff, via first class mail, postage prepaid _____

---

U:\PM\CPL\Baystate\Pleadings\supp doc response.doc