UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAY STATE SAVINGS BANK, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 4:03-cv-40273-FDS |
| BAYSTATE FINANCIAL SERVICES, LLC, | ) |
| Defendant. | ) |

**AFFIDAVIT OF MAUREEN MULLIGAN**

I, Maureen Mulligan under oath hereby depose and state as follows:

1. I represent the defendant Baystate Financial Services, LLC in the above captioned matter.

2. Attached as Exhibits to Baystate Financial Services, LLC's Opposition to Plaintiff's Motion to Compel Discovery are true and correct copies of the following documents:

Exhibit A: June 25, 2004 Court Order Denying Plaintiffs Motion for Preliminary Injunction

Exhibit B: Sample Promotional Materials from the Baystate Financial Bank Affiliate Program

Exhibit C: Defendant's Supplemental Answers to Plaintiff's First Set of Interrogatories

Exhibit D: Defendant's Supplemental Responses to Plaintiff's First Request for Production of Documents

Signed under the pains and penalties of perjury this 16th day of November, 2005.

_____
Maureen Mulligan