UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAY STATE SAVINGS BANK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BAYSTATE FINANCIAL )<br>SERVICES, LLC, )<br>)<br>Defendant. )<br>) | Civil Action No. 4:03-cv-40273-FDS |

**NOTICE OF APPEARANCE OF MAUREEN MULLIGAN, ESQUIRE**

Kindly enter my appearance on behalf of the defendants, Baystate Financial Services, LLC, in the above action.

Respectfully submitted,

_/s/ Maureen Mulligan_
Maureen Mulligan (BBO#556482)
RUBERTO, ISRAEL & WEINER, P.C.
100 North Washington Street
Boston, MA 02114-2128
(617) 742-4200

**CERTIFICATE OF SERVICE**

I, Maureen Mulligan, hereby certify that on this 1st day of December, 2005, I have served a true copy of the foregoing document upon counsel of record, by mailing a copy of same, via first class mail, postage prepaid, to James C. Donnelly, Jr., Esquire, Ann Marie Dirsa, Esquire, Mirick, O'Connell, DeMallie & Lougee, LLP, 100 Front Street, Worcester, Massachusetts 01608-1477.

_/s/ Maureen Mulligan_
Maureen Mulligan