UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAY STATE SAVINGS BANK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BAYSTATE FINANCIAL )<br>SERVICES, LLC, )<br>)<br>Defendant. )<br>) | Civil Action No. 4:03-cv-40273-FDS |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Baystate Financial Services ("Baystate Financial") hereby moves this Court to enter summary judgment in its favor and against Plaintiff as to all claims asserted by Plaintiff in the above captioned matter. The grounds upon which this motion is based are more fully set forth in the accompanying Memorandum of Law in Support of Defendant's Motion for Summary Judgment along with Defendant's Rule 56.1 Statement, the Affidavits of Richard Wilson, David Porter, Richard Denton and Brian French, the depositions taken in the case and reports submitted by each party's experts along with the Preliminary Injunction papers previously submitted by the parties, the Court's Order on the Preliminary Injunction and all other documents previously provided to the court.

### Local Rule 7.1(A)(2) Certification

The Undersigned counsel certify that the parties have conferred and have attempted in good faith to narrow or resolve the issues presented in this motion. Those efforts have proven to be unsuccessful.

### Request for Oral Argument

Defendants request oral argument with respect to the Motion as they believe it will assist the Court in analyzing the issues presented.

> The Defendant,
> BAYSTATE FINANCIAL SERVICES, LLC,
> By its attorneys,
>
> _/s/ Maureen Mulligan_
> Christopher P. Litterio (BBO #551098)
> Maureen Mulligan (BBO#556482)
> RUBERTO, ISRAEL & WEINER, P.C.
> 100 North Washington Street
> Boston, Massachusetts 02114
> (617) 742-4200

Dated: May 8, 2006

### CERTIFICATE OF SERVICE

I, Maureen Mulligan, hereby certify that on this 8th day of May, 2006, a true copy of the within document was served upon plaintiff's counsel of record via electronic mail.

_/s/ Maureen Mulligan_
Maureen Mulligan

U:\MSM\Baystate Financial\pleadings\Motion for Summary Judgment.doc