UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAY STATE SAVINGS BANK, Plaintiff<br><br>V.<br><br>BAYSTATE FINANCIAL SERVICES, LLC, Defendant | Civil Action No. 4:03-cv-40273-FDS |

## MOTION OF BAY STATE SAVINGS BANK FOR PARTIAL SUMMARY JUDGMENT

The Plaintiff, Bay State Savings Bank® ("Bay State® or "the Bank"), pursuant to the provisions of Federal Rule of Civil Procedure 56, moves that partial summary judgment be entered in its favor on all of the counterclaims asserted by Defendant, Baystate Financial Services, LLC ("Baystate Financial").

Bay State® brings this action to prevent dilution and confusion concerning its registered service marks including Bay State®, Bay State Savings Bank®, Bay State Online® and Bay State Investment Services® (collectively the "Bay State® marks"). It has used the Bay State® mark continuously since 1895. In 1999 and 2001, respectively, the Bank obtained State and Federal service mark registrations in International Class 36, which covers banking and financial services. In 2001 and 2002 it obtained State and Federal registrations for Bay State Online® and in 2002 obtained State and Federal registrations for Bay State Investment Services®. It also registered a series of Internet domain names that include the Bay State® mark.

Baystate Financial adopted the Baystate name on May 1, 1997. Its name, services and products are sufficiently similar to cause dilution and confusion. Prior to November, 2003, its

operations were primarily in the Boston area; however, on November 26, 2003, it announced major expansion, including an acquisition in Worcester. Baystate Financial asserts various defenses and counterclaims including the allegations that the Bank's registrations of the Bay State® marks are invalid because of fraud.

The Bank's Motion for Partial Summary Judgment seeks to resolve five issues relating to Baystate Financial's defenses and counterclaims. This Motion is based to a large extent on statements made by Baystate Financial's expert witnesses and its Rule 30(b)(6) witness. The Bank requests that this Court grant it partial summary judgment establishing that:

1. Baystate Financial cannot prove by clear and convincing evidence that Bay State® registrations are invalid because of alleged fraud;

2. Baystate Financial cannot prove that its use of the Baystate Financial name acquired secondary meaning prior to the date of the Bay State® registrations, and consequently cannot prove a (limited area defense);

3. Baystate Financial cannot prove that it has used the Baystate Financial name continuously from a date prior to May 1, 1997, and cannot prove privity with any other party that used the name prior to that date;

4. Baystate Financial cannot prove essential elements of its counterclaim for cypersquatting; and

5. The pleadings establish, as a matter of law, that Baystate Financial's use of the Bay State name is likely to cause confusion in relation to the Bay State marks.

Therefore, as set forth in greater detail in the accompanying Memorandum, Bay State® should be granted partial summary judgment on Baystate Financial's counterclaims and defenses, listed above.

BAY STATE SAVINGS BANK

By its attorneys,

_____
James C. Donnelly, Jr., Esq. BBO #129700
Ann Marie Dirsa, Esq. BBO #650173
John T. McInnes, Esq. BBO # 657488
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:   (508) 791-8502

Dated: May 8, 2006

## RULE 7.1 CERTIFICATION

I, John T. McInnes, hereby certify that I have confirmed with Defendant's counsel, Christopher P. Litterio, Esq., and have attempted in good faith to resolve or narrow the issues addressed by this Motion.

_____
John T. McInnes, Esq.

Dated:  May 8, 2006

## CERTIFICATE OF SERVICE

I, John T. McInnes, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Christopher P. Litterio, Esq., Ruberto Israel & Weiner, PC, 100 North Washington Street, Boston, MA 02114.

_____
John T. McInnes, Esq.

Dated: May 8, 2006