UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAY STATE SAVINGS BANK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BAYSTATE FINANCIAL )<br>SERVICES, LLC, )<br>)<br>Defendant. ) | Civil Action No. 4:03-cv-40273-NMG |

## AFFIDAVIT OF DAVID C. PORTER

I, David C. Porter, being duly sworn, depose and state as follows:

1. I am the Managing Partner of Baystate Financial Services, LLC ("Baystate Financial"), which is located at 699 Boylston Street, Boston, Massachusetts. I make this affidavit on my own personal knowledge.

2. Baystate Financial is one of New England's oldest and largest financial firms. The company was originally founded as a General Agency of the New England Life Insurance Company ("New England Life"). New England Life traces its roots back to America's first chartered mutual life insurance company.

3. Although Baystate Financial ceased being a General Agency of New England Life when it separately established itself as a Massachusetts limited liability company in 1997, Baystate Financial maintains an ongoing association with New England Financial, a service mark for New England Life. New England Financial is a national network of financial representatives, which enables Baystate Financial to share ideas and technology with a large

number of financial services practitioners who can offer additional legal, tax and estate planning expertise.

4. I was the General Agent of New England Financial's office in Washington, D.C. prior to joining Baystate Financial in August 1996. I first joined New England Financial in 1987.

5. In August 1996, the Richard Wilson Insurance Agency d/b/a Baystate Financial Services (the "Wilson Agency") sold its assets and inventory to New England Life, including the Wilson Agency's interest in the service marks BAYSTATE, BAYSTATE FINANCIAL and BAYSTATE FINANCIAL SERVICES (collectively, the "BAYSTATE Marks"), its interest in Massachusetts Service Mark Registration No. 44104 for the service mark BAYSTATE FINANCIAL SERVICES (the "First Registration"), and the goodwill associated with the BAYSTATE Marks and the Baystate Financial Services trade name (the "Inventory").

6. Immediately following that transaction, New England Life sold the Inventory it had acquired from the Wilson Agency to me, as a General Agency of New England Life. From August 1996 to approximately January 2, 1997, I continuously used the BAYSTATE Marks in commerce and continued to do business as Baystate Financial Services.

7. On or about January 2, 1997, I organized Porter/Desautels LLC ("Porter/Desautels") and transferred to it the First Registration, the BAYSTATE Marks, and the goodwill associated with the BAYSTATE Marks and the Baystate Financial Services trade name. Attached hereto as Exhibit "A" is a true and correct copy of the Certificate of Organization of Porter/Desautels. Porter/Desautels continuously used the BAYSTATE Marks in commerce and continued to do business as Baystate Financial Services from January 2, 1997 until approximately May 19, 1997.

8.  On or about May 19, 1997, Porter/Desautels formally changed its name to Baystate Financial Services, LLC, the defendant in this action. Attached hereto as Exhibit "B" is a true and correct copy of the Certificate of Amendment to Certificate of Organization of Porter/Desautels, through which the organization changed its name to Baystate Financial Services, LLC. From May 19, 1997 to the present, Baystate Financial has continuously used the BAYSTATE Marks in commerce and has continued to do business as Baystate Financial Services.

9.  Also on or about May 19, 1997, Baystate Financial reregistered the "BAYSTATE FINANCIAL SERVICES" mark with the Secretary of the Commonwealth of Massachusetts (the "Second Registration"). The company reregistered the BAYSTATE FINANCIAL SERVICES mark because, until 1997, Baystate Financial's predecessors had operated as General Agencies of New England Life. After Baystate Financial established itself as a separate LLC in 1997, it decided to reregister the BAYSTATE FINANCIAL SERVICES mark in case the change in the form of ownership had any bearing on Baystate Financial's use of the mark.

10.  In completing the application for the Second Registration, Baystate Financial inadvertently listed the date of first use of the BAYSTATE FINANCIAL SERVICES mark as May 1, 1997. In fact, however, I understood that Baystate Financial had acquired from New England Life all of our predecessor's right, title and interest in the BAYSTATE Marks, the First Registration and the goodwill associated with the BAYSTATE Marks and the Baystate Financial Services trade name when I purchased that Inventory from New England Life in August 1996. I understood at that time that my predecessors first used the BAYSTATE Marks and Baystate Financial Services trade name in 1983.

11.     Baystate Financial specializes in working with successful business owners, executives and professionals. The company offers a variety of business solutions, including executive benefit planning, business continuation planning, tax-qualified retirement plans and employee benefit products. These programs and products include the following:

Executive Benefit Planning:

- Deferred Compensation
- Group Carve-Out
- Individual Disability Insurance
- Split Dollar Life Insurance,
- Selective Executive Retirement Plan

Business Continuation Planning:

- Business Income Insurance
- Buy-Sell Arrangements
- Section 303 Stock Redemption
- Key Employee Insurance

Tax-Qualified Plans:

- Profit Sharing
- Money Purchase
- Target Benefit
- Defined Benefit Plan
- Simplified Employee Pension ("SEPs")
- SIMPLE IRA
- 401(k) Plan

Employee Benefits Products:

- Managed Care Medical Benefits
- Dental Insurance
- Group Life Insurance
- Short-term and Long-term Disability Insurance
- HMOs

12.     Baystate Financial also offers a variety of products and planning strategies for individuals, including the following:

Family Protection:

- Permanent Life Insurance
- Term Insurance
- Variable Life Insurance
- Disability Income Insurance
- Long Term Care Insurance
- Estate Planning
- Charitable Giving

Wealth Accumulation Strategies:

- Mutual Funds
- Variable Annuities
- Managed Accounts (New England Securities Investment Manager Program)
- Regular IRA/Roth IRA
- Education Funding
- Retirement Planning

13. Since August 1996, when I acquired my interest in Baystate Financial, Baystate Financial has never provided traditional banking services. Moreover, to the best of my knowledge, none of my company's predecessors ever offered traditional banking services under the BAYSTATE Marks or Baystate Financial Services trade name.

14. Attached hereto as Exhibit "C" is a true and correct copy of Baystate Financial's letterhead.

15. Attached hereto as Exhibit "D" is a true and correct copy of my Baystate Financial business card.

16. Attached hereto as Exhibits "E," "F," "G" and "H" are Baystate Financial brochures describing some of our services.

Sworn to and subscribed under the pains and penalties of perjury this \_\_\_18\_\_\_ day of April, 2004.

_____
David C. Porter

U:\BKF\Baystate Financial\Pleadings\porter.aff.doc

I certify that a true copy of this document has been served by mail/by hand upon all counsel of record on 4/20/04.

BRIAN K. FRENCH