UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

APPENDIX A

BAY STATE SAVINGS BANK,
　　Plaintiff
　　　　V.

CASE NO. 4:03-CV-40273-NMG

BAYSTATE FINANCIAL SERVICES, LLC,
　　Defendant

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Appendix of Exhibits Vol. I-III

The original documents are maintained in the case file in the Clerk's Office.

5/8/06
Date

_____
Attorney for
Bay State Savings Bank

FILED
IN CLERK'S OFFICE
2006 MAY -8  P 4: 35
U.S. DISTRICT COURT
DISTRICT OF MASS.

Page 13