UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAY STATE SAVINGS BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 4:03-cv-40273-FDS |
| | ) |
| BAYSTATE FINANCIAL | ) |
| SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

## AFFIDAVIT OF MAUREEN MULLIGAN IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

I, Maureen Mulligan under oath hereby depose and state  as follows:

1.    Attached as Exhibit A is a true and accurate copy of Exhibit 27 marked at the

Deposition of Robert Lewis which contains:

- March 15, 2001 Insurance Sales Application By Bank to Division of

  Insurance,  BSSB 1549-1550, with Exhibits to Application

- Plan of Operation, BSSB 1554-1568

- Policy Retail Sales of Non-Deposit Investment and Insurance Products, BSSB

  1568-1593

- Resolutions of Board of Directors, BSSB 1603

- Application for Bank Insurance License, BSSB 1605-1606

- Infinex Agreement, BSSB 1633-1655

2.    Attached as Exhibit B are true and accurate copies of the following pages from

Kelly Myers' deposition: 93.

3.      Attached as Exhibit C are true and accurate copies of pages from the deposition transcript of Gerry Blodgett: pp. 90, 92, 95, 102, 114.

4.      Attached as Exhibit D are true and accurate copies of pages from the deposition transcript of David Porter: pages 19, 50-56, 58-67.

5.      Attached as Exhibit E is the Affidavit of David Porter.

6.      Attached as Exhibit F are true and accurate copies of pages from the deposition transcript of Robert Lewis: pages 37, 73, 75, 113.

Signed under the pains and penalties of perjury this 7th day of June, 2006.

_____
Maureen Mulligan

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the attorney of record for plaintiff, James Donnelly, Esquire, Mirick, O'Connell, DeMallie & Lougee, LLP, 100 Front Street, Worcester, Massachusetts, 01608-1477  via mail and/or electronic service on June 7, 2006.

_____
Maureen Mulligan

U:\MSM\Baystate Financial\pleadings\Affidavit of MSM in support of opp.doc