UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BAY STATE SAVINGS BANK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BAYSTATE FINANCIAL )<br>SERVICES, LLC, )<br>)<br>Defendant. )<br>) | Civil Action No. 4:03-cv-40273-FDS |

### DEFENDANT BAYSTATE FINANCIAL SERVICES, LLC'S MOTION TO STRIKE ROBERT LEWIS AFFIDAVITS IN CONNECTION WITH PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Baystate Financial Services moves to strike certain portions of the Affidavit of Robert Lewis and the Second Affidavit of Robert Lewis. The grounds for this motion are set out in the Memorandum of Law accompanying this motion.

The Defendant,
BAYSTATE FINANCIAL SERVICES, LLC.,
By its attorneys,

_____
Christopher P. Litterio (BBO #551098)
Maureen Mulligan (BBO#556482)
RUBERTO, ISRAEL & WEINER, P.C.
100 North Washington Street
Boston, Massachusetts 02114
(617) 742-4200

Dated: June 7, 2006

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the attorney of record for plaintiff, James Donnelly, Esquire, Mirick, O'Connell, DeMallie & Lougee, LLP, 100 Front Street, Worcester, Massachusetts, 01608-1477 via mail and/or electronic service on June 7, 2006:

_____
Maureen Mulligan