UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BAY STATE SAVINGS BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:03-cv-40273-FDS |
| | ) | |
| BAYSTATE FINANCIAL SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT BAYSTATE FINANCIAL SERVICES, LLC'S MOTION TO STRIKE EXPERT AFFIDAVITS OF (1) GERRY BLODGETT, (2) KELLY MYERS AND 1999 AND 2001 IMAGE AND POSITIONING SURVEYS

Baystate Financial Services moves to strike the Affidavits of Gerry Blodgett and Kelly Myers in their entirety along with the 1999 and 2001 surveys relied on by Myers in his Affidavit. The Grounds for this Motion are set out in the Memorandum of Law accompanying this motion.

The Defendant,
BAYSTATE FINANCIAL SERVICES, LLC.,
By its attorneys,

_____
Christopher P. Litterio (BBO #551098)
Maureen Mulligan (BBO#556482)
RUBERTO, ISRAEL & WEINER, P.C.
100 North Washington Street
Boston, Massachusetts 02114
(617) 742-4200

Dated: June 7, 2006

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the attorney of record for plaintiff, James Donnelly, Esquire, Mirick, O'Connell, DeMallie & Lougee, LLP, 100 Front Street, Worcester, Massachusetts, 01608-1477 via mail and/or electronic service on June 7, 2006.

_____
Maureen Mulligan