# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**APPENDIX A**

Bay State Savings Bank

V.            CASE NO. 4:03-CV-40273-NMG

Baystate Financial Services, LLC

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Appendix of Exhibits Volume IV to Bay State Savings Bank's Memorandum in Opposition to Defendant's Motion for Summary Judgment

The original documents are maintained in the case file in the Clerk's Office.

June 7, 2006
Date

_____
Attorney for

Bay State Savings Bank

Page 13