UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAY STATE SAVINGS BANK,<br><br>Plaintiff,<br><br>v.<br><br>BAYSTATE FINANCIAL<br>SERVICES, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 4:03-cv-40273-FDS<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT BAYSTATE FINANCIAL SERVICES, LLC'S
## MOTION FOR SANCTIONS AND TO STRIKE PORTIONS OF AFFIDAVITS

Pursuant to Fed. R. Civ. P. 37(c), Defendant Baystate Financial Services hereby seeks to preclude admission of the Supplemental Report of Robert Klein disclosed on June 7, 2006 for failure to timely disclose pursuant to Fed. R. Civ. P. 26(a).

In addition, Baystate Financial Services moves to strike either in their entirety or portions of the Affidavits of Robert Lewis, Gerry Blodgett, Kelly Myers, 1999 and 2001 Image and Positioning Surveys and the Expert Report of Robert Klein dated January 9, 2006. The Bank has relied on each of these documents in its Opposition to Baystate Financial's Motion for Summary Judgment.

As grounds for this Motion, Defendant relies on:

1. Defendant Baystate Financial Services, LLC's Memorandum in Support of Motion to Strike Robert Lewis Affidavits Submitted in Connection with Plaintiff's Opposition to Baystate Financial's Motion for Summary Judgment;

2. Defendant Baystate Financial Services, LLC's Memorandum in Support of Motion to Strike Expert Affidavits of (1) Gerry Blodgett, (2) Kelly Myers and 1991 and 2001 Image and Positioning Surveys Submitted in Connection With Bank's Opposition to Motion for Summary Judgment; and

3. Defendant's Memorandum in Support of Motion to Strike Expert Report of Robert L. Klein Dated January 9, 2006 relied on in Bank's Opposition to Baystate Financial's Motion for Summary Judgment,

along with all supporting papers filed in connection with Defendant's Motion for Summary Judgment, Opposition to Plaintiff's Motion for Summary Judgment, all papers on record with the Court and representations made during oral argument presented to the Court.

The Defendant,
BAYSTATE FINANCIAL SERVICES, LLC.,
By its attorneys,

*/s/ Maureen Mulligan*
Christopher P. Litterio (BBO #551098)
Maureen Mulligan (BBO#556482)
RUBERTO, ISRAEL & WEINER, P.C.
100 North Washington Street
Boston, Massachusetts 02114
(617) 742-4200

Dated: June 16, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the attorney of record for plaintiff, James Donnelly, Esquire, Mirick, O'Connell, DeMallie & Lougee, LLP, 100 Front Street, Worcester, Massachusetts, 01608-1477 via mail and/or electronic service on June 16, 2006.

*/s/ Maureen Mulligan*
Maureen Mulligan