UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BAY STATE SAVINGS BANK,<br><br>Plaintiff,<br><br>v.<br><br>BAYSTATE FINANCIAL<br>SERVICES, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 4:03-cv-40273-FDS<br>)<br>)<br>)<br>)<br>)<br>) |

### THIRD AFFIDAVIT OF MAUREEN MULLIGAN

I, Maureen Mulligan under oath hereby depose and state as follows:

1. Attached as Exhibit A is a true and accurate copy of Memorandum in Support of Bay State Savings Bank's Motion for Preliminary Injunction filed in connection with *Bay State Savings Bank v. Bay State Bancorp, Inc. and Bay State Federal Savings Bank*, United States District Court, Civil Action No. 99-cv-1238-EFH. This document was copied from the Court Docket at the District Court Archives.

Signed under the pains and penalties of perjury this 16th day of June, 2006.

_____
Maureen Mulligan

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the attorney of record for plaintiff, James Donnelly, Esquire, Mirick, O'Connell, DeMallie & Lougee, LLP, 100 Front Street, Worcester, Massachusetts, 01608-1477 via mail and/or electronic service on June 16, 2006.

_____
Maureen Mulligan

U:\MSM\Baystate Financial\pleadings\Third Affidavit of Mulligan.doc