UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BAY STATE SAVINGS BANK, )
)
Plaintiff, )
)
v. )                 Civil Action No. 4:03-cv-40273-FDS
)
BAYSTATE FINANCIAL )
SERVICES, LLC, )
)
Defendant. )

## AFFIDAVIT OF BRIAN BRENEMAN

I, Brian Breneman, do depose and state as follows:

1.    I am Vice President of New England Life Insurance Company ("NELICO").

2.    Upon information and belief, in or about August of 1996 NELICO purchased certain assets from Richard D. Wilson, the sole proprietor of The Richard Wilson Insurance Agency d/b/a Baystate Financial Services, including all of Wilson's worldwide right, title and interest in, to and under Massachusetts Service Mark Registration No. 44104 for the service mark "BAYSTATE FINANCIAL SERVICES," the service marks BAYSTATE, BAYSTATE FINANCIAL and BAYSTATE FINANCIAL SERVICES, and the Baystate Financial Services trade name (the "Baystate Financial Marks") as documented in a Confirmatory Assignment of Service Marks, Service Mark Registration and Trade Name, a true and accurate copy of which is attached hereto as Exhibit "A."

3.    Upon information and belief, NELICO subsequently transferred and assigned to David C. Porter the Baystate Financial Marks but at the very least granted David C. Porter the right to use of the Baystate Financial Marks.  To remove any doubt, NELICO has executed the

Assignment attached hereto as Exhibit "B" to transfer and assign to David C. Porter whatever

rights NELICO may have retained in the Baystate Financial Marks.


Signed under the pains and penalties of perjury this 8th day of December, 2006.

2