# CONFIRMATORY ASSIGNMENT
## OF
## SERVICE MARKS, SERVICE MARK REGISTRATION AND TRADE NAME

CONFIRMATORY ASSIGNMENT OF SERVICE MARKS, SERVICE MARK REGISTRATION AND TRADE NAME made as of the 29th day of December, 2003 by Richard D. Wilson, an individual residing in Gloucester (Magnolia), Massachusetts ("**Wilson**") and sole proprietor of The Richard Wilson Insurance Agency d/b/a Baystate Financial Services ("**Assignor**"), to New England Life Insurance Company, with a principal place of business at 501 Boylston Street, Boston, MA 02117 ("**Assignee**").

## RECITALS

Wilson was formerly a Partner in the Wilson, Bergstrom & Denton Partnership d/b/a Wilson, Bergstrom & Denton Insurance Agency.

On or about January 1, 1983, the Wilson, Bergstrom & Denton Partnership d/b/a Wilson, Bergstrom & Denton Insurance Agency adopted and began using the service marks BAYSTATE, BAYSTATE FINANCIAL and BAYSTATE FINANCIAL SERVICES in commerce (collectively, the "**BAYSTATE Marks**") and began doing business using the trade name Baystate Financial Services.

Wilson invented the BAYSTATE FINANCIAL SERVICES service mark and trade name.

On or about April 10, 1990, the Wilson, Bergstrom & Denton Partnership d/b/a Wilson, Bergstrom & Denton Insurance Agency d/b/a Baystate Financial Services (hereafter the "**Wilson Agency**") obtained Massachusetts Service Mark Registration No. 44104 for the service mark BAYSTATE FINANCIAL SERVICES (the "**Registration**"). The Registration covers the "sale of insurance products and actuarial services and financial planning services." A copy of the Registration is attached as Exhibit A. The date of first use cited in the Registration is January 1, 1983.

The Wilson Agency continuously used the BAYSTATE Marks in commerce and continuously conducted business as Baystate Financial Services until approximately June 29, 1990.

On or about June 29, 1990, the Wilson Agency changed ownership, and Wilson became the Managing Partner of the successor partnership, the Wilson & Bergstrom Partnership d/b/a Wilson and Bergstrom Insurance Agency d/b/a Baystate Financial Services (hereafter the "**Wilson & Bergstrom Agency**"). The Wilson & Bergstrom Agency continuously used the BAYSTATE Marks in commerce and continuously conducted

business as Baystate Financial Services from June 29, 1990 until approximately March 1, 1992.

On or about March 1, 1992, the Wilson & Bergstrom Agency terminated pursuant to the terms of the Wilson & Bergstom Insurance Agency Termination of Partnership Agreement (the "**Termination Agreement**"). As part of the Termination Agreement, Wilson, as sole proprietor of Assignor, was assigned the Registration, the continuing exclusive right to use the BAYSTATE Marks, the goodwill associated with the BAYSTATE Marks and the Baystate Financial Services trade name.

Assignor continuously used the BAYSTATE Marks in commerce and continued to do business as Baystate Financial Services from March 1, 1992 until approximately August, 1996.

On or about August, 1996 Assignor and Assignee entered into a Final Buyout Agreement (the "**Buyout**") pursuant to which Assignor agreed to sell to Assignee and Assignee agreed to buy from Assignor the Assets and Inventory (as defined in the Buyout) of Assignor.

As part of the Buyout, Assignee paid Assignor $92,000 for the Inventory, which included the Registration, the BAYSTATE Marks, the goodwill associated with the BAYSTATE Marks and the Baystate Financial Services trade name.

Pursuant to the Buyout, Assignor transferred and assigned to Assignee, and Assignee accepted the transfer and assignment of, all of Assignor's worldwide right, title and interest in, to and under the Registration, the BAYSTATE Marks, the Baystate Financial Services trade name, and all other service marks, service mark registrations, trademarks, trademark registrations and trade names together with all translations, adaptations, derivations, and combinations thereof, including all associated goodwill, owned by Assignor and Assignor's predecessors (all of the foregoing being referred to herein as the "**Marks**").


## ASSIGNMENT

NOW, THEREFORE, Assignor, for and in exchange for the payment of the purchase price set forth in the Buyout, the receipt of which is hereby acknowledged, does hereby confirm and ratify its transfer and assignment to Assignee, and Assignee hereby confirms and ratifies its acceptance of the transfer and assignment of, all of Assignor's worldwide right, title and interest in, to and under the Registration and the Marks, together with the goodwill of the business associated therewith and which is symbolized thereby, all rights to sue for infringement of any of the Marks, whether arising prior to or subsequent to the date of this Confirmatory Assignment of Service Marks, Service Mark Registration and Trade Name, and any and all renewals and extensions thereof that may hereafter be

secured under the laws now or hereafter in effect in the United States and in any other jurisdiction, the same to be held and enjoyed by the said Assignee, its successors and assigns from and after the date hereof as fully and entirely as the same would have been held and enjoyed by the said Assignor had this Confirmatory Assignment of Service Marks, Service Mark Registration and Trade Name not been made.

Assignor represents and warrants that from January 1, 1983 until the Buyout, the Wilson Agency, the Wilson & Bergstrom Agency and Assignor substantially continuously and exclusively used the BAYSTATE Marks and the Baystate Financial Services trade name in commerce.

The terms of the Buyout, including but not limited to Assignor's representations, warranties, covenants, agreements and indemnities relating to the Marks and the BAYSTATE Marks, are incorporated herein by this reference. Assignor acknowledges and agrees that the representations, warranties, covenants, agreements and indemnities contained in the Buyout shall not be superseded hereby but shall remain in full force and effect to the full extent provided therein. In the event of any conflict or inconsistency between the terms of the Buyout and the terms hereof, the terms of this Confirmatory Assignment shall govern.

Except to the extent that federal law preempts state law with respect to the matters covered hereby, this Confirmatory Assignment of Service Marks, Service Mark Registration and Trademarks shall be governed by and construed in accordance with the laws of the Commonwealth of Massachusetts without giving effect to the principles of conflicts of laws thereof.

IN WITNESS WHEREOF, Assignor has executed this Confirmatory Assignment of Service Marks, Service Mark Registration and Trade Name as of the date first above written.

## SIGNATURES APPEAR ON NEXT PAGE

_____
Witness

Acceptance:


_____
Witness

_____
*Richard D. Wilson*

Richard D. Wilson, Sole Proprietor of
Assignor, The Richard Wilson Insurance
Agency d/b/a Baystate Financial Services


New England Life Insurance Company


By:_____

Name:_____

Title:_____


U:\BKF\Baystate Financial\Assignment\Confirm.doc

4

_____
Witness

_____
Richard D. Wilson, Sole Proprietor of
Assignor, The Richard Wilson Insurance
Agency d/b/a Baystate Financial Services

Acceptance:

New England Life Insurance Company

_____
Witness

By: _____

Name:  STEPHEN  P.  HOULIHAN

Title: Assistant General Counsel

U:\BKF\Baystate Financial\Assignment\Confirm.doc

4