## ASSIGNMENT OF SERVICE MARKS,
## SERVICE MARK REGISTRATION AND TRADE NAME

ASSIGNMENT OF SERVICE MARKS, SERVICE MARK REGISTRATION AND TRADE NAME made as of the 8th day of December, 2006 by New England Life Insurance Company, with a principal place of business at 501 Boylston Street, Boston, MA 02117 ("Assignor") to David C. Porter ("Assignee").

### RECITALS

In or about August, 1996 Assignor purchased certain assets from Richard D. Wilson, the sole proprietor of The Richard Wilson Insurance Agency d/b/a Baystate Financial Services, including all of Wilson's worldwide right, title and interest in, to and under Massachusetts Service Mark Registration No. 44104 for the service mark "BAYSTATE FINANCIAL SERVICES," the service marks BAYSTATE, BAYSTATE FINANCIAL and BAYSTATE FINANCIAL SERVICES, and the Baystate Financial Services trade name as documented in a Confirmatory Assignment of Service Marks, Service Mark Registration and Trade Name made as of the 29th day of December, 2003 by Richard D. Wilson to New England Life Insurance Company.

### ASSIGNMENT

NOW, THEREFORE, Assignor, for and in exchange for good and valuable consideration, the receipt of which is hereby acknowledged, does hereby transfer and assign to Assignee all of Assignor's worldwide right, title and interest in, to and under Massachusetts Service Mark Registration No. 44104 for the service mark "BAYSTATE FINANCIAL SERVICES," the service marks BAYSTATE, BAYSTATE FINANCIAL and BAYSTATE FINANCIAL SERVICES, and the Baystate Financial Services trade name (the "Baystate Financial Marks"), if any, together with the goodwill of the business associated therewith and which is symbolized thereby, all rights to sue for infringement of any of the Baystate Financial Marks, whether arising prior to or subsequent to the date of this Assignment of Service Marks, Service Mark Registration and Trade Name, and any and all renewals and extensions thereof that may hereafter be secured under the laws now or hereafter in effect in the United States and in any other jurisdiction, the same to be held and enjoyed by the said Assignee, his successors and assigns from and after the date hereof as fully and entirely as the same would have been held and enjoyed by the said Assignor had this Assignment of Service Marks, Service Mark Registration and Trade Name not been made.

IN WITNESS WHEREOF, Assignor has executed this Assignment of Service Marks, Service Mark Registration and Trade Name as of the date first above written.

          New England Life Insurance Company

          By: *[signature]*

          Name: Brian Breneman

          Title: Vice President