UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BAY STATE SAVINGS BANK,<br>    Plaintiff<br><br>V.<br><br>BAYSTATE FINANCIAL SERVICES, LLC,<br>    Defendant | CIVIL ACTION NO. 4:03-CV-40273-FDS |

PLAINTIFF'S OBJECTION AND MOTION
TO STRIKE AFFIDAVIT OF BRIAN BRENEMAN

Bay State Savings Bank® moves to strike the affidavit of Brian Breneman that was filed on December 8, 2006 because it does not meet the standards of Fed. R. Civ. P. 56(e). The grounds for this motion are in the accompanying memorandum.

BAY STATE SAVINGS BANK
By its attorneys,

*[signature]*

James C. Donnelly, Jr., Esq., BBO # 129700
John T. McInnes, Esq., BBO # 657488
Kathryn V. Chelini, Esq., BBO #657839
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA  01608-1477
(508) 791-8500

Dated:  December 13, 2006

2

CERTIFICATE OF SERVICE

    I, James C. Donnelly, Jr., hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 13, 2006.

                                                                                     James C. Donnelly, Jr., Esq.

Dated: December 13, 2006