UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**BayState Savings Bank,**
      Plaintiff(s),

V.

CIVIL ACTION

NO. 03-40273-FDS

**Baystate Financial Services,**
      Defendant(s),

**SETTLEMENT ORDER OF DISMISSAL**

**Saylor, D. J.**

    The Court having been advised on ____July 25, 2007_____

that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

____July 25  2007_____        /s/ Martin Castles_____
    Date                                   Deputy Clerk