UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAY STATE SAVINGS BANK,<br>　　Plaintiff<br><br>V.<br><br>BAYSTATE FINANCIAL SERVICES, LLC,<br>　　Defendant | CIVIL ACTION NO. 4:03-CV-40273-FDS |

STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1) the parties, by their respective counsel, hereby stipulate that this action be dismissed in its entirety including all claims, counterclaims or cross-claims that were asserted or might have been asserted herein.

| BAYSTATE FINANCIAL SERVICES, LLC | BAY STATE SAVINGS BANK |
|---|---|
| By its attorneys, | By its attorneys, |
| Christopher P. Litterio, Esq., BBO #551098<br>Maureen Mulligan, BBO #566482<br>Ruberto Israel & Weiner, PC<br>100 North Washington Street<br>Boston, MA 02114<br>(617) 742-4200 | James C. Donnelly, Jr., Esq., BBO # 129700<br>John T. McInnes, Esq., BBO # 657488<br>Kathryn V. Chelini, Esq., BBO #657839<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>(508) 791-8500 |
| Dated: 10/23/07 | Dated: 10/22/07 |